# EXHIBIT E



# OLDHAM & OLDHAM CO., L.P.A.
### INTELLECTUAL PROPERTY LAW AND LITIGATION MATTERS

EDWIN W. (NED) OLDHAM
SCOTT M. OLDHAM
MARK A. WATKINS
STEPHEN L. GRANT
LOUIS F. WAGNER
KENNETH A. GODLEWSKI
CRAIG E. MILLER
R. ERIC SAUM

TWIN OAKS ESTATE
1225 WEST MARKET STREET
AKRON, OHIO 44313-7188
(330) 864-5550
FACSIMILE (330) 864-7986
http://www.twinoaks.com

ALBERT H. OLDHAM (1909-1974)
VERN L. OLDHAM (1912-1988)

OF COUNSEL
BRUCE H. WILSON
LOUIS F. KREEK, JR.

March 4, 1998



Exhibit: 18
Wit: 3-16-05
Date: Swift
Mary Miller, CCR, RPR
Esquire Deposition Services

President
Swift Tool Company
P.O. Box 1184
Kent, Washington 98035-1184

RE:  U.S. Patent 5,049,009

Dear Sir/Madam:

Our firm represents Weldon Tool Company, a Talbot Holdings Company in its intellectual property matters. Your company's promotion of its "Swift-Carb" tool has recently been brought to our attention.

As I am certain you are aware, Weldon Tool is a co-owner of rights in U.S. Patent 5,049,009 and it markets the "SKI-CARB" product made under the '009 patent. We would appreciate receiving your comments as to whether Swift Tool's "Swift-Carb" product falls within one or more claims of the '009 patent and would appreciate receiving a sample of this product so we may conduct our own independent study and review.

Further, Weldon Tool has received inquiries from customers which suggest the existence of confusion in the industry as to the origin of the "Swift-Carb" tool. The similarity of the "Swift-Carb" name to Weldon's registered and well-known SKI-CARB, when taken alone or in conjunction with the extreme similarity in the appearance and functionality of the respective products, is causing Weldon Tool extreme concern. Weldon has gone to great expense to obtain its various intellectual property rights and fully expects those rights to be respected by its competitors.

Please give this matter your most serious and immediate attention. I would appreciate a response to the above inquiries, accompanied by the requested product sample, sometime during the week of March 9, 1998.

Sincerely,

*Mark A. Watkins*

Mark A. Watkins
watkins@twinoaks.com

MAW/cw

Founded 1947

F:\WP51\START\CALETA\MARK\5677.SWI ms