# EXHIBIT F



Exhibit: 22
Wit: Swift
Date: 3-16-05
Mary Miller, CCR, RPR
Esquire Deposition Services

**New Tech Cutting Tools**
633 Central Ave. S.
Kent, WA 98032
Ofc 253-854-7779
800-227-9876
Fax 253-395-1111

ROY E. MATTERN, JR.
Attention: ROY
(206)641-9000
Fax (206)641-1053

Dear Roy

We have been contacted again by OLDHAM & OLDHAM, enclosed is a copy of their letter. Mark has given us until July 12 to respond; in response I called Mark and told him that we were still waiting to receive a copy of patent #5,049,009. His response to this was that he would Fax us a copy, see enclosed.

After review of this alleged Patent improvement I have some comments for your review.
1. The tools that Weldon ships today are identical in design to those of twenty years ago, except that these tools are now available in Carbide and Highspeed tool steel.
2. The tools that Weldon are shipping today are marked patent pending and have been marked this way for many years (more than 7).
3. Weldon's literature makes no reference to patent #5,049,009 I have gone through all of the old literature that I could quickly find, and the only patent mentioned is #1,620,844. This old of a patent number would lead a person to believe that the patent period had expired. See attached literature, Weldon Catalogue #66 page 31 dated January 18, 1988. This catalogue shows prior art (patent #1,620,844) and claims when manufactured from M2 (highspeed tool steel). I can recall for years and years Weldon was asked when are you going to make these tools in carbide, as it was and is obvious to any one in the industry that this would be an expected progression. Almost every tool that was ever built in highspeed steel is now available in carbide as was the case prior to 1990 ( Taps, Drill's, Endmill's, Reamer's, ect, ect, ect, DA). Next is catalogue #72 date unknown (about 1992-1994?) note that in this issue there is no reference to patent pending or a patent see (pages 70 and 71).
4. Weldon tool company did not have the ability to manufacture the ski-carb end mill so they teamed up with SGS. When you look at the Assignees on patent #5049009 you will see SGS listed. When SGS built these endmills for Weldon also offered them for sale. The tools that SGS sell today, as in the past are marked Pat Pend.
5. The latest Weldon Catalogue 1996 Note page 53 for the first time they make reference to a Patent number and it is #1620,844, this out of date number and the fact that the tools are still marked Pat Pend lead us to believe that there was no Current Patent.

6. I believe that we need time to order and review all of the References Patents listed on page one of the patent. In addition we need a copy of the original Patent #1620,844.
7. About the summary, all kinds of Endmill's were available in carbide almost every thing imaginable many that were completely new designs, it is totally false to make the statement that this was not obvious. In addition Weldon make's the claim that the problem of operation noise and corner chipping was not solved. This is also untrue, in many cases it still remains unsolved today but the original cutters ran just as good as the cutters that Weldon produce's today in similar materials (Highspeed steel). The gains that are seen from carbide are normal and to be expected as it was for all other cutting tools manufactured from carbide. In fact for 37 Years my father has been adding a small margin (.002 to .005) of circle grind to end mills to get them to settle down and stop the tool from squealing, chattering and making noise in general, all leading to improved feed rate's finishes and tool life. The chip flow is also identical to the previous patent. There is no improvement in finish over the original patent.
8. About the detailed description, we need to get a copy of the prior patent and compare for differences, I don't think that we will find any, this looks like the original tool to the tee. I believe that their reference to the shape and purpose of a k-land is incorrect. A k-land is a negative surface ground on the cutting edge to strengthen the cutting edge of the cutting tool; I have never seen it used on endmills. Again this whole section describes the Prior Art.

What is claimed: claim 1) is identical to the Prior art and is not new or different. Claim 2) is also identical to the Prior Art. Claim 3) is new only in that this was the only end mill that hadn't been remade in carbide and everyone was asking when is someone going to start doing it. Claim 4) is the same as claim 3. Claim 5) is all Prior Art. Claim 6) is more of the same old Prior Art. Claim 7) and 8) are both DA. As you can see this is no more than a very creative rewrite of an old patent and never should have been reissued, maybe this is why Weldon did not tout it by marking their tools or publishing it in their catalogues.

If you have any questions please feel free to give me a call. I think that we should ask Weldon for sufficient time to acquire the needed information and patents prior to a formal response. As we have for the first time ever received this supposed patent improvement. Also note that there correspondence is directed to Swift Tool Co., Inc. and not New Tech Cutting Tool inc. which is the company that is actually doing the manufacturing of the tools in question, lets not advise them as to their error.

Thank you

Sincerely


Steve Swift
President


cc: file