# EXHIBIT H

7/13/04

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

2004 JUL 13  PM 2:43

| | |
|---|---|
| SGS TOOL COMPANY<br>55 South Main Street<br>Munroe Falls, Ohio 44262<br><br>Plaintiff,<br><br>vs.<br><br>STEP TOOLS UNLIMITED, INC. d/b/a<br>DESTINY TOOL<br>3232 Da La Cruz Blvd., #C<br>Santa Clara, CA 95054<br><br>Defendant. | CASE NO. 5:04CV1315<br><br>JUDGE POLSTER<br><br>COMPLAINT FOR<br>PATENT INFRINGEMENT<br><br>MAG. JUDGE VECCHIARELLI<br><br>JURY TRIAL DEMANDED |

Plaintiff SGS Tool Company ("SGS"), by its attorneys, for its complaint against Defendant, Step Tools Unlimited, Inc. d/b/a Destiny Tool, hereby demands a jury trial and alleges as follows:

### PARTIES

1. SGS is a corporation organized under the laws of the State of Ohio, with its principal place of business in Munroe Falls, Ohio.

2. On information and belief, Defendant is a corporation organized under the laws of the State of California, with its principal place of business in Santa Clara, California.

### JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a), in that this is an action for patent infringement arising under the United States Patent Laws at Title 35, United States Code, 35 U.S.C. § 271 et seq.

Akron - 82325.1

4. Defendant has committed acts of patent infringement in the Federal District for the Northern District of Ohio and elsewhere throughout the United States.

5. Venue is proper in this Court under 28 U.S.C. §§ 1391(c) and 1400(b), in that Defendant is subject to personal jurisdiction in this district and therefore resides in this district, and Defendant has and is committing acts of infringement in this district.

## PATENT INFRINGEMENT

6. On September 17, 1991, U.S. Patent No. 5,049,009 ("the '009 patent") was duly and legally issued to Graydon L. Beck and Kenneth Skrabec for an invention entitled IMPROVED CUTTING TOOL. SGS and The Weldon Tool Company are co-owners of the entire right, title, and interest in and to the '009 patent by virtue of assignment. A copy of the '009 patent is attached as Exhibit A.

7. On information and belief, Defendant is willfully and deliberately infringing the '009 patent by manufacturing, using, and selling its Viper model end mills.

8. The Defendant's accused products are being manufactured, used, and sold without permission or license from SGS and The Weldon Tool Company, and Defendant will continue such infringement unless enjoined by this Court.

9. The Defendant's accused products fall within the scope of at least one claim of the '009 patent, constituting acts of infringement of the same patent. The sale of Viper model end mills in the Northern District of Ohio and elsewhere throughout the United States, is a direct infringement of the '009 patent.

10. Defendant's website lists several of its product distributors that are located in Ohio and in the Northern District of Ohio.

11. As a direct and proximate result of Defendant's infringement of the '009 patent, SGS has suffered and continues to suffer damages.

12. The required statutory notice has been placed on any products manufactured and sold under the '009 patent.

WHEREFORE, SGS respectfully requests judgment in its favor and an award of the following relief:

a. permanent injunctive relief prohibiting Defendant, its agents, employees, licensees, and all those in privity with Defendant from engaging in acts of infringement of the '009 patent;

b. an award of all damages recoverable under the United States Patent Laws;

c. an award of treble damages for Defendant's willful infringement;

d. an award of attorneys' fees to the extent permitted under 35 U.S.C. § 285;

e. an award of all taxable costs; and

f. such other and further legal and equitable relief as the Court deems appropriate.

Respectfully submitted,

By: /s/ R. Eric Gaum

OF COUNSEL:

HAHN LOESER & PARKS LLP

R. Eric Gaum, Ohio Bar No. 0066573
regaum@hahnlaw.com
Mark A. Watkins, Ohio Bar No. 0040519
mawatkins@hahnlaw.com
Ross M. Babbitt, Ohio Bar No. 0072946
rmbabbitt@hahnlaw.com
1225 West Market Street
Akron, Ohio 44313
(330) 864-5550 voice
(330) 864-7986 fax

Attorneys for Plaintiff
SGS Tool Company