# Metal Cutting
# Tool Handbook

*PUBLISHED BY THE*

**Metal Cutting Tool Institute**

405 Lexington Avenue
New York, N.Y.   10017

Case 5:07-cv-03117-JF    Document 1-10    Filed 06/13/2007    Page 2 of 15

COPYRIGHTED 1949, 1954, 1959 and 1965
METAL CUTTING TOOL INSTITUTE

PRINTED IN THE UNITED STATES OF AMERICA
BY THE HILDRETH PRESS, INC., BRISTOL, CONN.

2

373620

## PREFACE

The Metal Cutting Tool Handbook contains current data on Twist Drills, Reamers, Counterbores, Taps, Dies, Milling Cutters, Hobs, Gear Shaper Cutters, Gear Shaving Cutters, and Broaches.

Each section reflects the experience of specialists constantly exposed to industry problems in everyday manufacturing operations in the cutting tool fields.

Rapid changes in technology, designs, tooling and materials, imposes the need for current technical and reference data.

We believe that information on design, application and maintenance, tables of standard sizes, dimensions and tolerances, engineering tables and other data commonly used in the metal cutting industry, presented in this fifth edition of the Metal Cutting Tool Handbook, fills a real need in the more efficient cutting of materials of all kinds.

METAL CUTTING TOOL INSTITUTE

# CONTENTS

|                                        | PAGE |
|----------------------------------------|------|
| DRILL SECTION                          | 1    |
| REAMER SECTION                         | 165  |
| COUNTERBORE SECTION                    | 257  |
| TAP AND DIE SECTION                    | 291  |
| MILLING CUTTER SECTION                 | 475  |
| HOB SECTION                            | 659  |
| GEAR SHAPER CUTTER SECTION             | 731  |
| GEAR SHAVING CUTTER SECTION            | 771  |
| BROACHING TOOL SECTION                 | 791  |
| ENGINEERING DATA SECTION               | 855  |
| INDEX                                  | 901  |

2                          DRILL SECTION

                              INDEX

|                                              | Page No. |
|----------------------------------------------|---------|
| Nomenclature                                 | 4       |
| Chip Formation                               | 12      |
| Chip Removal                                 | 16      |
| Cutting Speeds And Feeds                     | 19      |
| Thrust And Power For Drilling                | 28      |
| Chatter                                      | 31      |
| Jig Drilling                                 | 32      |
| Small Hole Drilling                          | 33      |
| Drilled Hole Size                            | 35      |
| Close Tolerance Hole Drilling                | 36      |
| Deep Hole Drilling                           | 37      |
| Cutting Fluids                               | 39      |
| Drill Points                                 | 45      |
| Drilling Of Various Materials                | 56      |
| Combined Drills And Countersinks             | 75      |
| Drill Materials                              | 78      |
| Drill Testing                                | 79      |
| Drill Usage, Economy In                      | 82      |
| Drill Sharpening                             | 84      |
| Decimal Equivalents For Drill Sizes          | 98      |
| Drill Tolerances                             | 103     |
| Drill Types                                  | 106     |
|    Taper Shank Drills         | 106     |
|    Taper Length Drills        | 110     |
|    Core Drills                | 112     |
|    Jobbers Length Drills      | 117     |
|    Miniature Drills           | 120     |
|    Metric Series Drills       | 121     |
|    High-Helix Drills          | 125     |
|    Low-Helix Drills           | 125     |
|    H D Cotter Pin Drills      | 125     |
|    Drills for Plastics        | 126     |
|    Left Hand Drills           | 126     |
|    Straight Fluted Drills     | 126     |

                          *(continued)*


Drill Section                                        3

### INDEX
*(concluded)*

| Page No. | | Page No. |
|---|---|---|
| ........ 4 | **Drill Types** *(continued)* | |
| ........ 12 | Screw Machine Length Drills ................................... | 127 |
| ........ 16 | Center Drills .............................................. | 129 |
| ........ 19 | Spotting Drills ........................................... | 130 |
| ........ 28 | Aircraft Drills ........................................... | 130 |
| ........ 31 | Extra-Length Drills ...................................... | 132 |
| ........ 32 | Crankshaft Drills ........................................ | 133 |
| ........ 33 | Combined Drills and Countersinks .......................... | 134 |
| ........ 35 | Track Drills ............................................. | 135 |
| ........ 36 | Bonding Drills ........................................... | 135 |
| ........ 37 | Stove Burner Drills ...................................... | 135 |
| ........ 39 | Bit Stock Drills ......................................... | 135 |
| ........ 45 | Silver and Deming Drills ................................. | 136 |
| ........ 56 | Half Round Drills ....................................... | 136 |
| ........ 75 | Oil Hole Drills .......................................... | 136 |
| ........ 78 | Spade Drills ............................................. | 137 |
| ........ 79 | Gun Drills ............................................... | 138 |
| ........ 82 | Multiple-Diameter Drills ................................. | 140 |
| ........ 84 | Step Drills .............................................. | 141 |
| ........ 98 | Subland Drills ........................................... | 142 |
| ........ 103 | Carbide Drills (Types, Sizes, Use & Care, Speeds, | |
| ........ 106 | Feeds, Points) .............................. | 143 |
| ........ 106 | Ordering Specifications For Special Drills ...................... | 151 |
| ........ 110 | Drivers For Drills ............................................ | 153 |
| ........ 112 | Drilling Equipment ........................................... | 161 |
| ........ 117 | | |
| ........ 120 | | |
| ........ 121 | | |
| ........ 125 | | |
| ........ 125 | | |
| ........ 125 | | |
| ........ 126 | | |
| ........ 126 | | |
| ........ 126 | | |

4                              DRILL SECTION

## NOMENCLATURE OF TWIST DRILLS AND COMBINED DRILLS AND COUNTERSINKS

### A—TWIST DRILLS

I—DEFINITION

*Drill*—A rotary end cutting tool having one or more cutting lips, and having one or more helical or straight flutes for the passage of chips and the admission of a cutting fluid.

II—GENERAL CLASSIFICATIONS

A—Classification Based on Construction.

1—*Solid Drills*—Those made of one piece of material such as high speed steel.

2—*Tipped Solid Drills*—Those having a body of one material with cutting lips made of another material brazed or otherwise bonded in place.

3—*Composite Drills*—Those having cutting portions mechanically held in place.

B—Classification Based on Methods of Holding or Driving.

1—*Straight Shank Drills*—Those having cylindrical shanks which may be the same or different diameter than the body of the drill. The shanks may be made with or without driving flats, tang, grooves or threads.

2—*Taper Shank Drills*—Those having conical shanks suitable for direct fitting into tapered holes in machine spindles, driving sleeves or sockets. Tapered shanks generally have a driving tang.

3—*Taper Square Shank Drills*—Those having tapered shanks with four flat sides for fitting a ratchet or brace.

4—*Shell Core Drills*—Core drills mountable on arbors specifically designed for the purpose. Commonly used with shell reamer arbors.

5—*Threaded Shank Drills*—Those made with threaded shanks generally used in close center multiple spindle applications or portable angle drilling tools.

6—*Beaded Shank Bits*—Drills with flat shanks having raised beads parallel to the axis.

C—Classification Based on Number of Flutes.

1—*Two-Flute Drills*—The conventional type of twist drill used for originating holes.

2—*Single-Flute Drills*—Those having only one flute commonly used for originating holes.

3—*Three-Flute Drills (Core Drills)*—Drills commonly used for enlarging and finishing, drilled, cast, or punched holes. They will not produce original holes.

# MILLING CUTTER AND END MILL SECTION

## (Milling Cutters and End Mills)

### FOREWORD

Continuous development by milling-cutter and machine manufacturers, research by colleges and universities, and the introduction of new tool materials and cutting techniques have made many recent changes in the art of metal cutting. The information found in this section has been compiled by engineering specialists who have spent years in working with milling cutters, machines, tooling, and the conditions which affect their productive capacity. Their combined experience is presented here as a guide for milling-cutter users to get the most out of the cutters they select, for the job they have to do, under the conditions with which they must work.

Many factors are involved in selecting the best cutters for a particular job. Each has a bearing on efficiency, life and production of the cutter. Data have been included to show that work materials, horsepower, machine and fixture conditions, accuracy demands, desired production, and tool-sharpening methods, call for certain milling-cutter characteristics.

Milling cutters vary in first cost according to tool material, design and accuracy required in their manufacture. There is also an operating cost, involving the rate of metal removal, number of pieces per sharpening, total cutter life, and the cost of resharpening. The original cost plus the operating cost will determine which kind of milling cutter is the most efficient for a particular job.

Having made the proper investment in cutters, it is important to know how to get the most out of them, and to keep them in prime cutting condition. Information has been included on the operating conditions which are best for cutter performance and life. Methods for correct sharpening and retaining the original tool accuracy throughout the cutter life are discussed.

The information given is not intended to describe proper design of milling cutters. This area is best served by the milling cutter manufacturers themselves. Where design recommendations are involved, it is suggested that you consult your own cutter manufacturer. However, the information presented in this section should be helpful as a guide in selecting, using and maintaining milling cutters.

475

476                    MILLING CUTTER SECTION

## INDEX

| | Page |
|---|---|
| Foreword | 475 |
| Nomenclature And Illustrations | 478 |
| Milling Cutter Design | 516 |
| Type Of Cutter | 516 |
| Size Of Cutter And Type Of Drive | 516 |
| Chip Space | 517 |
| Rake Angles | 517 |
| Relief Angles | 518 |
| Special Features | 519 |
| Tool Materials | 519 |
| Set Up And Operation Of Cutters | 522 |
| Work Holding Methods | 522 |
| Mounting The Cutter | 524 |
| Arbor Type Cutters | 524 |
| Shank Cutters | 526 |
| End Mills | 527 |
| Face Mills And Shell Mills | 528 |
| Climb Or Conventional Milling | 529 |
| Cutter Selection | 530 |
| Cutting Fluids | 531 |
| Speeds And Feeds For Milling | 532 |
| Speed | 533 |
| Feed And Chip Thickness | 534 |
| Feed | 535 |
| Speed And Feed Tables | 536 |
| Speed, Feed And Power Calculations | 538 |
| Types And Characteristics Of Work Materials | 540 |
| Cast Iron | 540 |
| Steel | 540 |
| Stainless Steels, Heat Resistant Alloys And Titanium | 540 |
| Non-Ferrous Materials | 540 |
| Non-Metallic Materials | 540 |
| Work Harding Of Work Materials | 540 |
| Clogging of Cutter Flutes | 541 |
| Types Of Cutter Breakdown | 541 |
| Abrasion | 541 |
| Chipping Of Edge | 541 |

*(continued)*

# INDEX
*(concluded)*

*Page*

.......... 475
.......... 478
.......... 516
.......... 516
.......... 516
.......... 517
.......... 517
.......... 518
.......... 519
.......... 519
.......... 522
.......... 522
.......... 524
.......... 524
.......... 526
.......... 527
.......... 528
.......... 529
.......... 530
.......... 531
.......... 532
.......... 533
.......... 534
.......... 535
.......... 536
.......... 538
.......... 540
.......... 540
.......... 540
.......... 540
.......... 540
.......... 540
.......... 540
.......... 541
.......... 541
.......... 541
.......... 541

| | Page |
|---|---|
| Types Of Cutter Breakdown *(continued)* | |
| Built Up Edge | 541 |
| Cratering | 542 |
| Overheating Of Cutting Edge | 542 |
| Cutter Breakage | 542 |
| Sharpening Cutters And End Mills | 542 |
| When To Sharpen | 542 |
| Sharpen At Predetermined Wear Land | 542 |
| Sharpen After Predetermined Period Of Use | 543 |
| Sharpen When Product Quality Indicates | 543 |
| Sharpen When Power Increases | 543 |
| Fundamentals Of Sharpening | 543 |
| Mounting For Sharpening | 543 |
| Use The Proper Grinding Wheel | 543 |
| Maintain Proper Rake And Relief Angles | 548 |
| Sharpening Side Or End Teeth | 551 |
| Cutter Runout | 551 |
| Sharpening Profile Cutters | 552 |
| Radial Relief Sharpening | 552 |
| Side Tooth Sharpening | 558 |
| Chamfer And Angle Sharpening | 559 |
| Radius Sharpening | 559 |
| Contour Sharpening | 560 |
| Recutting, Regashing Or Gumming | 561 |
| Sharpening End Mills | 561 |
| Sharpening Peripheral Teeth | 561 |
| Sharpening End Teeth | 565 |
| Sharpening Corner Radii | 572 |
| Sharpening Form Relieved Cutters | 572 |
| Straight Or Angular Gash Cutters | 573 |
| Helical Gash Cutters | 575 |
| Maintaining Correct Offset And Lead | 576 |
| Handling And Storage | 577 |
| Standard Milling Cutters And End Mills | 578 |
| Index Of Standard Milling Cutters | 578 |
| Index Of Standard End Mills | 579 |

Case 5:07-cv-03117-JF    Document 1-10    Filed 06/13/2007    Page 11 of 15

478                    MILLING CUTTER SECTION

# NOMENCLATURE OF MILLING CUTTERS

I—DEFINITION

*Milling Cutter*—A rotary cutting tool provided with one or more cutting elements called teeth, which intermittently engage the workpiece and remove material by relative movement of the workpiece and cutter.

II—GENERAL CLASSIFICATIONS

A—Classification Based on Construction.

1—*Solid Cutters*—Those made of one piece of tool material such as High Speed Steel.

2—*Tipped Solid Cutters*—Have a body of one material with tips or cutting edges of another material brazed or otherwise bonded in place.

3—*Inserted Blade Cutters*—Have replaceable mechanically retained blades, either solid or tipped, and usually adjustable.

B—Classification Based on Type of Relief on Cutting Edges.

1—*Profile Sharpened Cutters*—Those on which the relief is obtained, and which are resharpened, by grinding a narrow land back of the cutting edges. Profile sharpened cutters may produce flat, curved or irregular surfaces.

2—*Form Relieved Cutters*—Those which are so relieved that, by grinding only the faces of the teeth, the original form is maintained throughout the life of the cutters. Form relieved cutters may produce flat, curved or irregular surfaces. The relieved surfaces may be ground or unground.

C—Classification Based on Method of Mounting.

1—*Arbor Type Cutters*—Those which have a hole for mounting on an arbor and usually have a keyway to receive a driving key. Sometimes called SHELL TYPE.

2—*Shank Type Cutters*—Have a straight or tapered shank to fit into the machine tool spindle or adapter.

3—*Face Type Cutters*—Those mounted directly on and driven from the machine spindle nose.

III—EXPLANATION OF THE "HAND" OF MILLING CUTTERS

The terms "right hand" and "left hand" are used to describe hand of rotation, hand of cutter, and hand of flute helix.

A—Hand of Rotation (or Hand of Cut).

1—*Right Hand Rotation (or Right Hand Cut)*—The counter-clockwise rotation of a cutter revolving so as to make a cut when viewed from a position in front of a horizontal milling machine and facing the spindle.

2—*Left Hand Rotation (or Left Hand Cut)*—The clockwise rotation of

Case 5:07-cv-03117-JF    Document 1-10    Filed 06/13/2007    Page 12 of 15

.S

more cutting
piece and re-
tter.

such as High

tips or cut-
place.
lly retained

s.

is obtained,
f the cutting
or irregular

at, by grind-
d throughout
at, curved or
nground.

unting on an
etimes called

to fit into the

ven from the

ribe hand of

iter-clockwise
ewed from a
ie spindle.
ie rotation of

a cutter revolving so as to make a cut when viewed from a position in front of a horizontal milling machine and facing the spindle.

B—Hand of Cutter.

Some types of cutters require special consideration when referring to their hand. These are principally cutters with unsymmetrical forms, face type cutters or cutters with threaded holes.

1—*Symmetrical Cutters*—May be reversed on the arbor in the same axial position and rotated in the cutting direction without altering the contour produced on the workpiece, and may be considered as either right or left hand.

2—*Unsymmetrical Cutters*—Reverse the contour produced on the work-piece when reversed on the arbor in the same axial position and rotated in the cutting direction.

[a] *Single Angle Milling Cutters (Arbor Type)*

1—When the larger diameter side faces the viewer, a single angle milling cutter is Right Hand if it must be rotated counter-clockwise to make a cut. When the larger diameter side faces the viewer, a single angle milling cutter is Left Hand if it must be rotated clockwise to make a cut.

2—*Special Case—Threaded Holes*—The hand of rotation of single angle milling cutters with threaded holes is established as shown in Figure 1 and is not necessarily the same as the hand of the cutter.



TOP GOING                          TOP GOING

L.H. ROTATION          L.H. ROTATION
L.H. CUTTER            R.H. CUTTER
L.H. THREAD            L.H. THREAD



TOP COMING                         TOP COMING

R.H. ROTATION          R.H. ROTATION
R.H. CUTTER            L.H. CUTTER
R.H. THREAD            R.H. THREAD

*Figure 1—Hand of Rotation of Single Angle Milling Cutters with Threaded Holes.*

Case 5:07-cv-03117-JF    Document 1-10    Filed 06/13/2007    Page 13 of 15

[b] *Single Corner Rounding Cutters (Arbor Type)*—When the small diameter side faces the viewer, the cutter is right hand if rotated counterclockwise to make a cut, and is left hand if rotated clockwise to make a cut.

[c] *Other Unsymmetrical Cutters (Arbor Type)*—The hand of other unsymmetrical milling cutters, including those with threaded holes, should be clearly specified in relation to the desired form. The recommended way of establishing the hand of rotation is to note "Top Coming" or "Top Going" on a profile view of the desired cutter.

C—Hand of Flute Helix.

1—*Straight Flutes*—Milling cutters with their cutting edges in planes parallel to the cutter axis.

2—Milling cutters with flute helix in one direction only are described as having Right Hand or Left Hand helix:

[a] *Right Hand Helix*—When the flutes twist away from the observer in a clockwise direction when viewed from either end of the cutter.

[b] *Left Hand Helix*—When the flutes twist away from the observer in a counter-clockwise direction when viewed from either end of the cutter.

3—*Staggered Tooth Cutters*—Milling cutters with every other flute of opposite [right and left hand] helix.

## IV—VARIOUS TYPES OF MILLING CUTTERS

### I—Plain Milling Cutters [Figures 2-10]

Plain Milling Cutters are cutters of cylindrical shape, having teeth on the peripheral surface only. They may be solid, inserted blade or tipped. They are usually profile sharpened, but may be form-relieved.




*Figure 2—Light Duty Plain Milling Cutters of narrow width usually have straight teeth. The wider cutters have teeth with a helix angle usually less than 25 degrees. Both are relatively fine tooth cutters.*

*Figure 3—Heavy-Duty Plain Milling Cutters have coarse teeth and helix angles ranging between 25 and 45 degrees.*

Case 5:07-cv-03117-JF    Document 1-10    Filed 06/13/2007    Page 14 of 15

490                          MILLING CUTTER SECTION



*Figure 36—Double Angle Milling Cutter with inserted blades.*



*Figure 37—Method of specifying Cutter Angles on Angle Milling Cutters. Note that unsymmetrical angles are designated from a plane perpendicular to the axis.*

## VI—End Mills [Figures 38-46]

End Mills have straight or helical teeth on the periphery, and usually have end teeth. They may have straight or tapered shanks. Straight Shank End Mills may be single or double end. They may be solid, inserted blade or tipped construction and may have square, chamfer, radius or ball ends.

Case 5:07-cv-03117-JF    Document 1-10    Filed 06/13/2007    Page 15 of 15



*Figure 38——General Purpose End Mills, with 4 or more
teeth. They may be made with cup type end, end teeth cut to
center holes or counterbore or cut to center.*

*des.*



*Figure 39——Two Flute End Mills. End teeth are designed
to cut to center.*

*gle
sig-*

*y, and usually
Straight Shank
inserted blade
s or ball ends.*



*Figure 40——Three Flute End Mills. End teeth may or
may not be designed to cut to center.*