

Figure 41—High Helix End Mills are designed primarily for cutting aluminum and other light metals.



Figure 42—Die Sinking Cutters are straight or tapered end mills with square, ball or radius end teeth, so-called because they are principally used for milling, or "sinking" die or mold cavities.



Figure 43—Combination Shank used for large diameter Heavy Duty End Mills.



Figure 44—Router Bits are shank type cutters designed for routing.



Figure 45—Tracer Milling Cutters are end mills designed for tracer milling.



*Figure 46—Hollow Mill, so-called because, being hollow, the workpiece passes into it after being turned to a diameter.*

### VII—T-Slot Milling Cutters

T-Slot Milling Cutters are profile sharpened side milling cutters provided with straight or taper shanks. The cutter portion is usually staggered-tooth. They may be solid or tipped.



*Figure 47—Straight Shank T-Slot Milling Cutter.*

### VIII—Woodruff Keyseat Milling Cutters

Woodruff Keyseat Cutters are profile sharpened and normally used for milling Woodruff keyseats. They may be solid or tipped.



*Figure 48—Shank-Type Woodruff Keyseat Cutters are relatively small diameter plain milling cutters provided with straight shanks.*



*Figure 49—Arbor-Type Woodruff Keyseat Cutters are usually staggered-tooth side milling cutters.*

### IX—Form Relieved Milling Cutters [Figures 50-61]

A—Form Relieved Milling Cutters are cam relieved cutters and are sharpened by grinding the faces of the teeth. They may be solid, tipped or of inserted blade construction.

502                      Milling Cutter Section

V—Nomenclature of Milling Cutter Elements and Other Terms Relating to Milling

Abrasion—The gradual wearing away of the cutting lips by contact with the work material.

Adapter—A device for fitting a tool to, and driving it from, the spindle nose of a machine tool.

Alternate—Cutter features which differ from each other in turn in a regular sequence such as cutting edges, chip breakers, chamfers, or teeth.

Angular Flute—A space between two cutter teeth which forms a cutting edge lying in a plane intersecting the tool axis at an angle. It is unlike a helical flute in that it forms a cutting edge which lies in a single plane. See Figure 74.

Approach Distance—The linear distance in the direction of feed between the point of initial cutter contact and the point of full cutter contact.

Arbor—A device to mount in or on the spindle of a machine tool, and which is designed to carry and drive an arbor type cutting tool.

Arbor Collar—A hollow cylinder which fits an arbor, and which is used to position a cutter.

Arbor Support—A brace or carrier to support the outer end or an intermediate point of an arbor.

Axial Rake—See definition under Rake.

Axial Relief—See definition under Relief.

Axial Runout—The total variation in an axial direction of a cutter element from a true plane of rotation.

Axis—The line about which a cutter rotates.

Back-Off—See preferred term: Relief.

Bearing Collar—An arbor collar which fits over an arbor and in an arbor support bearing of a milling machine.

Bi-Axial Rake—See definition under Rake.

Bi-Negative Rake—See definition under Rake.

Blade—A tooth or cutting device inserted in a holder or cutter body. It may be adjustable and replaceable.

Blade Setting Angle—See preferred term Cone Angle.

Body—The carrier or head for holding blades, or that part of a solid or tipped cutter exclusive of the teeth or shank.

Bolt Circle—The circle on which the bolt holes for mounting a face mill to a machine tool spindle [or adapter] are located.

Built-Up Edge—An adhering deposit of work material on the tooth face adjacent to the cutting edge.

Cam—See definition under Relief.

| | |
|---|---|
| OTHER TERMS | |
| by contact with | |
| ...m, the spindle | |
| ...r in turn in a ...nfers, or teeth. ...h forms a cut- ...le. It is unlike a single plane. | |
| on of feed be- ...cutter contact. ...chine tool, and ...ool. | |
| and which is | |
| ...nd or an inter- | |
| ...on of a cutter | |
| bor and in an | |
| cutter body. It | |
| ...art of a solid | |
| ...ounting a face | |
| the tooth face | |

Main column:

CAM RELIEF—See definition under RELIEF.

CENTERING PLUG—A plug fitting both spindle and cutter to insure concentricity of cutter mounting.

CHAMFER—1—A beveled surface to eliminate an otherwise sharp corner —2—A relieved angular cutting edge at a tooth corner. See Figure 75.

CHAMFER ANGLE—The angle between a beveled surface and the axis of the cutter. See Figure 75.

CHAMFER LENGTH—The extent of the chamfer measured parallel to the axis of the cutter. See Figure 75.

CHATTER—1—An irregularity in cutting action—2—The undesirable finish on the workpiece caused by irregularity in the cutting action.

CHIPS—The pieces of material removed from the workpiece by the action of milling cutter teeth.

CHIP BREAKERS—Notches or grooves in the cutting edges designed to reduce the size of the chips. See Figure 75.

CHIPPING—The breakdown of a cutting edge by loss of fragments broken away during the cutting action.

CHIP THICKNESS—The thickness of a chip removed by a cutting edge. It is not to be confused with feed per tooth. See Figure 76.

CIRCULAR LAND—See preferred term CYLINDRICAL LAND, under LAND.

CIRCULAR PITCH—In reference to Milling Cutters—The circular distance between adjacent teeth measured at the periphery of the cutter.

CIRCULAR PITCH VARIATION—The amount of departure from true or specified circular pitch.

CLEARANCE—The additional space provided behind the relieved land of a cutter tooth to eliminate undesirable contact between the cutter and workpiece.

CLEARANCE SURFACES—Angular or curved surfaces behind the relieved land. See Figure 75.

CLIMB MILLING—Rotation of a cutter in the same direction as the feed at the point of contact. Climb milling produces the thickest part of a wedge shaped chip first. See Figure 76.

CLOGGING—The undesirable packing of chips in the flutes of a cutting tool.

COLLAR—See ARBOR COLLAR and BEARING COLLAR.

CONCAVE—1—Departure from a plane where the central portion is below or interior to the outer edges, or—2—Departure from parallelism on a cutter where the diameter is less at the middle than at the ends, or—3—Specifically a cutter designed to produce a convex surface of circular contour. See Figure 51.

504                 Milling Cutter Section

CONCAVITY—See definition under RELIEF.

CONE ANGLE—The nominal angle with the cutter axis, along which the blades are moved for adjustment.

CONTOUR MILLING—Milling of a specified shape, essentially with the periphery of a cutter, without axial movement of the cutter relative to the workpiece.

CONVENTIONAL MILLING—Rotation of a cutter in the opposite direction to the feed at the point of contact. Conventional milling produces the thinnest part of a wedge shaped chip first. See Figure 76.

CONVEX—1—Departure from a plane where the central portion is above or exterior to the outer edges, or—2—Departure from parallelism on a cutter where the diameter is greater at the middle than at the ends, or—3—Specifically a cutter designed to produce a concave surface of circular contour. See Figure 50.

CORE DIAMETER—The diameter of a circle which is tangent to the bottoms of the flutes.

CORNER ANGLE—On face milling cutters, the angle between an angular cutting edge of a cutter tooth and the axis of the cutter, measured by rotation into an axial plane. See Figure 78.

COUNTERBORE—As applied to a milling cutter—An enlargement of the cutter bore at one or both ends to provide space for a nut, screw or bolts, or to provide clearance for a shoulder on arbor or spindle. A recess to facilitate manufacturing and sharpening where a cutter has end teeth.

CRATER—A depression in a tooth face eroded by chip contact.

CUTTER SWEEP—The sections removed by the milling cutter or grinding wheel in entering or leaving the flute. See Figure 79.

CUTTING EDGE—The leading edge of the cutter tooth.

CUTTING EDGE ANGLE—The angle which a cutting edge makes with an axial plane at any given point. A constant lead will produce a constant cutting edge angle on a cylindrical cutter, and a varying cutting edge angle on a tapered cutter. A varying lead can be used to produce a constant cutting edge angle on a tapered cutter.

CUTTING SPEED—The peripheral lineal speed resulting from rotation, usually expressed as surface feet per minute [sfm].

CYLINDRICAL LAND—See definition under LAND.

DEPTH OF CUT—The perpendicular distance between the original and the final surfaces of the workpiece being milled, or the thickness of the layer being removed.

DEPTH OF FORM—On a cutter the difference between the radial distances to the highest and lowest points of the cutting edges. See Figure 77.

DISH—See preferred term CONCAVITY under RELIEF.

MILLING CUTTER SECTION 505

along which the

ntially with the
er relative to the

pposite direction
roduces the thin-

portion is above
parallelism on a
he ends, or—3—
of circular con-

gent to the bot-

ween an angular
easured by rota-

argement of the
, screw or bolts,
recess to facili-
teeth.
tact.

itter or grinding

makes with an
duce a constant
tting edge angle
a constant cut-

from rotation,

original and the
ess of the layer

radial distances
igure 77.

DOWN MILLING—See preferred term CLIMB MILLING.

DRAW BAR—A rod which holds the cutter, arbor or adapter in the spindle.

DRIVE SLOT—A slot in the side or end of a cutter, arbor or adapter to receive a driving key.

DUPLICATING—See preferred term TRACER MILLING.

ECCENTRIC RELIEF—See definition under RELIEF.

EFFECTIVE DIAMETER—The maximum width of the flat surface which a face mill will produce at one pass. It is the face diameter of a face mill measured between the inner ends of the chamfer or corner angle. See Figure 78.

EFFECTIVE RAKE—See definition under RAKE.

END RELIEF—See preferred term AXIAL RELIEF under RELIEF.

ENTRANCE ANGLE—The angle formed between a centerline on the cutter which is perpendicular to the direction of feed and a radial line through a point on the cutting edge where the tooth first contacts the workpiece. See Figure 80.

FACE—1—The axial cutting length of a plain mill or similar cutter. See Figure 81—2—The cutting side of a face mill. See Figure 78.

FACE CUTTING EDGE—That edge of the tooth on a face mill [or similar cutter] which travels in a plane perpendicular to the axis. It is the edge which sweeps the milled surface in the normal operation of a face milling cutter. See Figure 78.

FACE CUTTING EDGE ANGLE—The angle of concavity between the face cutting edge and the face plane of a face mill. It serves as relief to prevent the face cutting edges from rubbing in the cut. See Figure 78.

<u>FACE OR END MILLING—Milling of a surface which is perpendicular to the cutter axis.</u>

FACE RELIEF—See preferred term AXIAL RELIEF under RELIEF.

FACE RIDGE—The intersection of the main tooth face and the K land. See Figure 80.

FEED—The rate of change of position of the milling cutter as a whole relative to the work while cutting. Usually expressed in inches per minute [ipm].

FEED PER REVOLUTION [fpr]—The feed in inches per revolution of the cutter.

FEED PER TOOTH [fpt]—The feed in inches per revolution divided by the number of active teeth in the cutter. See Figure 76.

FILLET—The bottom surface of the flute. See Figure 75.

FINGER—See preferred term TOOTH REST.

FLAT RELIEF—See definition under RELIEF.

FLUTE—The chip space between the back of one tooth and the face of the following tooth. See Figure 75.

506                          MILLING CUTTER SECTION

FLUTE LENGTH—As applied to End Mills, the effective axial length of cutting edge. [Not including the cutter sweep.] See Figure 79.

FLUTE SPACING—See preferred term CIRCULAR PITCH.

FLY-CUTTING—A milling operation performed with a rotating single tooth cutter.

FORM CUTTER—Any cutter, profile sharpened or cam relieved, shaped to produce a specified form on the work.

FORM TOOL—As related to milling cutters, a tool used to shape a cutter blank or to produce the form on a cam relieved cutter.

FRONT TAPER—The converse of BACK TAPER defined under RELIEF.

GASH—1—See preferred term FLUTE—2—A term applied to the secondary cuts on a tool to provide chip space at corners and ends. See Figure 79.

GULLET—See preferred term FILLET.

HEEL—1—The back edge of the relieved land. See Figure 79—2—The inner end of a face cutting edge. See Figure 78.

HEEL DRAG—An interference between the heel and the work.

HELICAL—A term describing a cutting edge or flute which progresses uniformly around a cylindrical surface in an axial direction.

HELICAL RAKE—See definition under RAKE.

HELIX ANGLE—The cutting edge angle which a helical cutting edge makes with a plane containing the axis of a cylindrical cutter. See Figure 81.

HOOK—See definition under RAKE.

IN-CUT OR IN-MILLING—See preferred term CLIMB MILLING.

INTERLOCKING—Mating cutter sections on which side projections on one section mesh with those on an adjacent section to provide cutting edge overlap. See Figure 82.

INTERMITTENT—See preferred term ALTERNATE.

k LAND—A relatively narrow land on the face of a tooth from the cutting edge inward which is at a lesser rake angle than the main face of the tooth. It is the surface of the tooth on which the chip is intended to impinge so as to reduce contact between the chip and the whole tooth face. See Figure 80.

KEEPER SLOT—A cross slot in a tool shank or adapter to receive a tapered retaining key. See Figure 79.

KELLERING—See preferred term TRACER MILLING.

KEY—A mechanical member which transmits torque from the driving element to the tool.

KEYSEAT—The pocket, usually in the driving element, in which the key is retained.

KEYWAY—The pocket or slot, usually in the driven element, to provide a driving surface for the key.

LAND—The narrow surface of a profile sharpened cutter tooth immediately behind the cutting edge. See Figure 83.

*Cylindrical*—A narrow portion of the peripheral land, adjacent to the cutting edge, having no radial relief.

*Relieved*—The portion of the land adjacent to the cutting edge, which provides a relief.

*Unrelieved*—A narrow portion of the land adjacent to the cutting edge, having no relief.

LEAD—1—The axial advance of a helical cutting edge in one turn around the axis—2—The relieved angular cutting edge between the corner angle and the face cutting edge of a face mill. See Figure 78.

LIP—The material included between a relieved land and a tooth face. See Figure 75.

LIP ANGLE—The included angle between a tooth face and a relieved land. See Figure 75.

LOADING—Undesirable adherence of work material to the surfaces of the tool back of the cutting edges.

MACHINABILITY RATING—A rating usually expressed as a percentage relating the difficulty of machining a given material to a standard. Usually AISI B-1112 is the standard and a rating of 100 is assigned to it.

MARGIN—See preferred term CYLINDRICAL LAND.

MILLING—A method of removing material in the form of chips by means of a rotating cutter.

NECK—The section of reduced diameter between the flutes and shank of a shank type cutter.

NEGATIVE RAKE—See definition under RAKE.

NESTING—The axial overlapping of cutters of different diameters without the use of interlocking projections. See Figure 82.

NICK—See preferred term CHIP BREAKERS.

NON-TOPPING—Cutting in one operation only the root and sides of a form.

NORMAL—The condition which exists when a line or plane is perpendicular to another line or plane.

NORMAL PLANE—A plane which is perpendicular to a given surface or a line in a given surface.

NORMAL RAKE—See definitions under RAKE.

OFFSET—1—The distance that a tooth face is positioned off center to obtain the desired rake. See Figure 77.—2—The distance a cutting edge is positioned from a reference plane containing the axis to obtain the desired relief in sharpening. See Figure 83.

OUT-CUT OR OUT-MILLING—See preferred term CONVENTIONAL MILLING.

PARALLELISM—The condition in which the radius to any point of a peripheral cutting edge is constant.

PERIPHERAL CUTTING-EDGE ANGLE—See preferred term CORNER ANGLE.

PERIPHERAL MILLING—Milling of a surface which is parallel to the cutter axis.

PERIPHERAL RELIEF—See definition under RELIEF.

PERIPHERAL RELIEF ANGLE—See preferred term RELIEF ANGLE under RELIEF.

PERIPHERAL SPEED—See preferred term CUTTING SPEED.

PERIPHERY—The outside circumference of a cutter. See Figure 75.

PITCH—The distance between adjacent projections of a form produced on the work by a cutter.

PLUNGE CUT—Refers to the relative movement between the work and the cutter directly in line with the center of the cutter when the cutter sinks directly into the work.

POSITIVE RAKE—See definition under RAKE.

PRIMARY RELIEF—See definition under RELIEF.

PROFILING—See preferred term CONTOUR MILLING.

RADIAL RAKE—See definition under RAKE.

RADIAL RELIEF—See definition under RELIEF.

RADIAL RUNOUT—The total variation in a radial direction of all cutting edges in a plane of rotation.

RAKE—The angular relationship between the tooth face, or a tangent to the tooth face at a given point and a given reference plane or line.

*Axial Rake*—Applies to angular [not helical] flutes. The axial rake at a given point on the face of the flute is the angle between the tool axis and a tangent plane at the given point. See Figure 78.

*Bi-Axial Rake*—The combination of two different axial rakes on the same tooth. See Figure 84.

*Bi-Negative Rake*—The combination of two negative axial rakes on the same tooth. See Figure 84.

*Effective Rake*—The complement of the angle between the direction of motion of any point on the cutting edge and the direction of chip flow from the same point. Effective Rake is therefore the rake resulting from three factors—1—The cutter geometry.—2—The actual path of the cutting edge.—3—The actual direction of chip flow.

*Helical Rake*—Applies to helical teeth only [not angular]. The helical rake at a given point on the flute face is the angle between the tool axis and a tangent plane at the given point. See Figure 81.

*Hook*—A concave condition of a tooth face. The rake of a hooked tooth face must be determined at a given point. See Figure 85.

*Negative Rake*—Describes a tooth face in rotation whose cutting edge lags the surface of a tooth face. See Figure 80.

*Normal Rake*—The angle between a normal to the milled surface and a

tangent to the tooth face at the same point on the cutting edge, measured in a plane perpendicular to the cutting edge at this same point. Normal Rake is therefore the dynamic rake value established by—1—The cutter geometry.—2—The cutter path; but disregarding the actual chip flow direction.

*Positive Rake*—Describes a tooth face in rotation whose cutting edge leads the surface of the tooth face. See Figure 77.

*Radial Rake*—The angle between the tooth face and a radial line passing through the cutting edge in a plane perpendicular to the cutter axis. See Figure 77.

*Resultant Rake*—The angle between a tangent to the tooth face at a given point on the cutting edge and a radial line to this point, measured in a plane perpendicular to the cutting edge. Resultant Rake is a term descriptive of cutter geometry alone without regard to operating factors and defines the resultant rake obtained on a cutter due to the combination of—1—Radial rake or hook.—2—Axial or helical rake.—3—A corner angle or corner radius.

*True Rake*—See *Effective Rake*.

*Tangential Rake*—The angle between a line tangent to a hooked tooth face at the peripheral cutting edge and a radial line passing through this point of tangency. See Figure 85.

RELIEF—The result of the removal of tool material behind or adjacent to the cutting edge to provide clearance and prevent rubbing [heel drag].

*Axial Relief*—The relief measured in the axial direction between a plane perpendicular to the axis and the relieved surface. It can be measured by the amount of indicator drop at a given radius in a given amount of angular rotation.

*Back-Off*—See preferred term *Relief*.

*Back Taper*—A slight reduction of the outside diameter [or an increase of the inside diameter] from front to back of the essentially cylindrical surface in which the cutting edges lie. See Figure 86.

*Cam Relief*—The relief from the cutting edge to the back of the tooth produced by a cam actuated cutting tool or grinding wheel on a relieving ["back-off"] machine. See Figure 86.

*Concavity*—The progressive decrease in cutter width from the periphery toward the center. See Figure 86.

CONCAVE RELIEF—A concaved relieved surface behind the cutting edge.

*Eccentric Relief*—A convex relieved surface behind the cutting edge. See Figure 86.

*End Relief*—See preferred term *Axial Relief*.

*Face Relief*—See preferred term *Axial Relief*.

*Flat Relief*—A relieved surface behind the cutting edge which is essentially flat. See Figure 86.

510                    MILLING CUTTER SECTION

*Peripheral Relief*—See preferred term *Radial Relief*.

*Primary Relief*—The relief immediately behind the cutting edge.

*Relief Angle*—The angle formed between a relieved surface and a given plane tangent to a cutting edge or to a point on a cutting edge. See Figure 86.

*Radial Relief*—Relief in a radial direction measured in the plane of rotation. It can be measured by the amount of indicator drop at a given radius in a given amount of angular rotation. See Figure 86.

*Secondary Relief*—See preferred term *Clearance*.

*Side Relief*—See preferred term *Axial Relief*.

RELIEF ANGLE—See definition under RELIEF.

RELIEVED LAND—See definition under LAND.

RESULTANT RAKE—See definition under RAKE.

RUNOUT—See AXIAL RUNOUT and RADIAL RUNOUT.

SECONDARY RELIEF—See preferred term CLEARANCE.

SET-UNDER—See preferred term NESTING.

SHANK—The projecting portion of a cutter which locates and drives the cutter from the machine spindle or adapter.

SHEAR—1—An action or stress, resulting from applied forces, which causes or tends to cause two contiguous parts of a body to slide relatively to each other in a direction parallel to their plane of contact.—2—The type of cutting action produced by axial or helical rake when the direction of chip flow is other than at right angles to the cutting edge.

SIDE RELIEF—See preferred term AXIAL RELIEF under RELIEF.

SLAB MILLING—See preferred term PERIPHERAL MILLING.

SLEEVE—See preferred term ADAPTER.

SPACING COLLAR—An arbor collar of specific length.

SPARKING—The creation of sparks during milling due to combustion of small chips.

SPEED—The rate of rotation of a cutter. It is usually expressed as revolutions per minute [rpm] or in peripheral surface feet per minute [sfm].

SPIRAL—See preferred term HELICAL.

SQUEALING—A high pitch noise resulting from a rubbing action of the cutter upon the work.

STAGGER—The intentional misalignment of cutting edges or teeth in a cutter. See also ALTERNATE.

STRAIGHT SHANK—A cutter shank that is cylindrical.

SUB-LAND—A one piece multiple diameter cutter in which the smaller diameter teeth overlap axially the larger diameter. See Figure 20.

TANG—The flatted end portion of a shank which mates with a slot in the driving member.

TANGENTIAL RAKE—See definition under RAKE.

<s>ing edge.
ace and a given
edge. See Fig-

e plane of rota-
t a given radius




and drives the

forces, which
slide relatively
—2—The type
he direction of

LIEF.



combustion of

essed as revolu-
inute [sfm].

g action of the

or teeth in a


ich the smaller
ure 20.
ith a slot in the</s>

<s>MILLING CUTTER SECTION 511</s>

TAPER SHANK—A cutter shank made to fit a specified [conical] taper socket.

TIP—A piece of tool material secured to a cutter tooth or blade.

TOOTH—A projection on a cutter which carries a cutting edge. See Figure 75.

TOOTH FACE—The surface of the tooth on which the chip impinges. See Figure 75.

TOOTH REST—A guide to locate the cutting edge of a cutter in proper position for sharpening.

TOOTH SPACING—See preferred term CIRCULAR PITCH.

TOPPING—A feature existing in a form cutter which cuts the top as well as the root and sides of a form, such as Threads and Gear Teeth.

TOTAL INDICATOR READING—See preferred term TOTAL INDICATOR VARIATION [tiv].

TOTAL INDICATOR VARIATION [tiv]—The difference between the maximum and minimum indicator readings during a checking cycle.

TRACER MILLING—Duplication of a three dimensional form by means of a cutter controlled by a tracer which follows a master.

TRUE RAKE—See definition under RAKE.

UNDERCUT—See preferred term POSITIVE RAKE under RAKE.

UNRELIEVED LAND—See definition under LAND.

UP-MILLING—See CONVENTIONAL MILLING.

WEAR LAND—The cylindrical or flat land worn on the relieved portion of the cutter tooth. See Figure 87.

WELDON SHANK—A straight shank with special flats for driving and locating the tool.

WOBBLE—See AXIAL RUNOUT.


VI—ILLUSTRATIONS OF MILLING CUTTER ELEMENTS



Figure 74.

<s>27</s>

512      Milling Cutter Section



Figure 75.



Figure 76.



Figure 77.

## Milling Cutter Section 513

Axial Relief Angle

TOOTH

ICKNESS



Figure 78.



Figure 79.



Figure 80.



Figure 81.

29

514

## Milling Cutter Section





*Figure 82.*



*Figure 83.*



BI-AXIAL RAKE
(BI-NEGATIVE SHOWN)
*Figure 84.*



*Figure 85.*