Case 5:07-cv-03117-JF    Document 1-12    Filed 06/13/2007    Page 1 of 15

MILLING CUTTER SECTION                    515














*Figure 86.*



WEAR LAND

*Figure 87.*

31

Case 5:07-cv-03117-JF    Document 1-12    Filed 06/13/2007    Page 2 of 15

# MILLING CUTTER DESIGN

*TYPE OF CUTTER CONSTRUCTION*—Selection of the best type of of cutter construction will largely be determined by the kind of cut to be made, the work material to be machined and the amount of production required. Solid cutters of simple shape and reasonably small size are usually lower in first cost than inserted-blade cutters. Where intricately shaped cuts are involved, such as in multiple-thread milling, form-relieved cutters permit the lowest cost. For large production jobs, inserted-blade cutters with replaceable blades will probably be lowest in over-all cost. Tipped cutters, either solid or inserted, may be warranted by either the nature of the work material or high production requirements.

*SIZE OF CUTTER AND TYPE OF DRIVE*—The size of cutter will be determined by the depth and width of cut, reach required, rigidity requirements, piece part geometry, or approach and runby limitations of the application. The type of drive may be determined by the cutter size, type of machine or fixturing, or by the number and direction of cutting axes.

*Arbor Type Cutters*—Arbor type cutters are milling cutters with a bore and are mounted on an arbor. They must be large enough in diameter to be constructed with sufficient strength of cross section, with a bore which will accept an arbor large enough to provide reasonable rigidity during the milling operation, and with a large enough minimum cutting diameter to clear all fixturing. Also the diameter should be as small as possible to reduce the amount of torque on the arbor and to minimize the amount of side deflection while in use. This type of cutter is usually limited to slabbing, side milling, cut-off, or one axis contour milling. A two axis rise or fall motion may also be used with this type.

*Shank Type Cutters*—Shank type cutters and end mills are milling cutters with integral shanks and are usually supported on the shank end only. They should have a shank as large as possible and overhang between the cutting portion and spindle as short as possible to provide maximum rigidity to minimize deflection. This type may be restricted to one axis milling, such as keyway milling, but the major application is two or three axis milling such as profile, cavity, and contour end milling.

*Face Milling Cutters*—Face-milling cutters are large diameter milling cutters which are mounted directly to, and are supported on one side only, by the spindle nose or adapter. The diameter should be as small as possible for maximum rigidity, and large enough to span the width of cut. This type generally cuts on the face in a one axis direction perpendicular to the cutter axis.

Case 5:07-cv-00117-JF    Document 1-12    Filed 06/13/2007    Page 3 of 15

*CHIP SPACE*—Cutters with as many teeth as possible around the outside diameter are desirable to promote smooth cutting. However, adequate chip space between teeth should never be sacrificed. Cutters should be designed so that one or more teeth will always be engaged in the cut, in order to promote smooth cutting operations. Tough, stringy materials require generous chip space. Materials which give a fragmentary chip, however, permit less chip clearance and a greater number of teeth. Cutters or end mills which plunge cut in a radial or axial direction should have coarse teeth and maximum chip space. This type of cut often produces chips which build up in quantity in the flutes before they can be ejected.

*RAKE ANGLES*—Rake angles will depend both on the material being cut and the material in the cutting tool. Most high-speed-steel cutters today are made with appreciable positive radial rake and axial rakes. A positive radial rake is desirable to part the chip from the work. However, the lip angle must be adequate for strength and absorption of heat. A high helix angle reduces impact and provides smooth cutting action, but is not necessarily most efficient with respect to horsepower consumption and heat generation.

Cemented carbides are used with lower rake angles, even negative angles in many cases. Because carbides have very high abrasion resistance and compressive strength, coupled with lower edge strength, the lip angle should be as great as possible, often exceeding 90 degrees.

The following table will serve as reference material in evaluating the effects of various rake angles.

## Usual Ranges of Rake Angles for Typical Tool and Work Materials

| Rake Angles | Tool Material | Steel | Cast Iron | Al., Mag., Non-Metallic |
|---|---|---|---|---|
| Radial Rake | H.S.S. | $+5° - +20°$ | $+5° - +20°$ | $+10° - +20°$ |
| | T.C. | $-15° - + 5°$ | $0° - +10°$ | $+5° - +15°$ |
| Axial Rake | H.S.S. | $0° - +52°$ | $0° - +52°$ | $0° - +52°$ |
| | T.C. | $-10° - +20°$ | $-10° - +20°$ | $0° - +30°$ |

Softer work materials permit the use of the higher radial rake angles.

Harder work materials require the use of the lower radial rake angles.

Thin cutters permit the use of zero or low axial rake angles.

Wide cutters operate smoother with higher axial rake angles.

Cemented carbide is usually limited to more moderate axial rake angles because of added cost of fabricating this material into special shapes.

518                           MILLING CUTTER SECTION

*RELIEF ANGLES* are influenced more by the material being milled than by the material in the cutting tool. They are determined also by the diameter of the tool and the feed per tooth expected. On the main cutting edge, the relief angles should be sufficient to avoid the heel of the land rubbing on the work, yet should be consistent with the edge strength required for the hardness of the work being milled. Average relief angles are usually:

>      Hard or Tough Materials: 3° to 6°
>      Average Materials: 4° to 7°
>      Readily Machinable Materials: 5° to 12°

Small-diameter cutters and end mills will require higher relief angles than those shown above and narrower lands than larger cutters.

Relief on side cutting edges is usually one-quarter to one-half that of the main cutting edge. In some cases, such as a plain saw, there is no side relief angle but the side of the saw is concaved to avoid rubbing in the cut except at the very corner of the tooth.

The width of the relieved land must be narrow enough so that the heel of the land will clear the work. This may vary from .005″ to .010″ on small end mills up to ⅛″ on large-diameter cutters. When this land becomes too wide as a result of repeated sharpenings, a clearance angle of a greater degree than the relief must be provided beyond the relief.

Excessive wear and heat may indicate too low a relief angle, and chatter in the cut may indicate too high a relief angle.

The following table indicates the usual ranges of relief angles for different tool and work materials.

## Usual Ranges of Relief Angles for Typical Tool and Work Materials

| Cutter | Tool Material | Work Material | | Non-Ferrous and |
| | | Steel | Cast Iron | Non-Metallic Mat |
| --- | --- | --- | --- | --- |
| Peripheral or End cutting edges | { H.S. | 5° — 10° | 5° — 10° | 7° — 12° |
| | T.C. | 4° — 6° | 4° — 6° | 5° — 10° |
| Side cutting edges | { H.S. | | | |
| | T.C. | 1° — 4° | 1° — 4° | 2° — 7° |

In the cases of cutters which must mill to a given width, and where the

Case 5:07-cv-03117-JF    Document 1-12    Filed 06/13/2007    Page 5 of 15

rial being milled
nined also by the
the main cutting
heel of the land
edge strength re-
rage relief angles

maintenance of this width is important, two different practices are fol-
lowed:

1. A very slight land or margin (sometimes called a hair line) without
relief is left on the side teeth at the cutting edge. The relief angle of 2° to 4°
is ground back of this flat land, except on thin saws where the relief is in-
creased to 3° to 5°.

2. The relief is ground to a sharp edge but to a reduced value of approxi-
mately 1° to 2°. This practice does not give sufficient relief for thin saws.

ther relief angles
: cutters.

one-half that of
, there is no side
ubbing in the cut

In both of the above cases, concavity (or dish) is ground on the side or
end teeth in the same operation. This concavity on side teeth amounts to
.0015 to .003 per inch on cutters and as much as .005 to .0075 per inch
on saws.

a so that the heel
to .010″ on small
land becomes too
ngle of a greater
f.
ngle, and chatter

Multiple tooth end mills are usually relieved to a sharp edge on the end
teeth with about 4° relief. Two flute end mills, because they are frequently
fed endwise into solid stock, are usually relieved to the edge on the end
teeth with about 7° relief. Shell mills are usually relieved 5° to 7° to a
sharp edge on the end teeth.

ef angles for dif-

*SPECIAL FEATURES OF DESIGN*—Special features may often be
incorporated into milling cutters to improve their operation. Staggered,
alternate or intermittent teeth are some of the ways to improve cutting
action or finish on the work. Long cutting edges may be notched to produce
short and readily disposable chips. On cemented-carbide-tip cutters, a face
ridge or "K" land may be used to reduce chip friction and aid in the dis-
posal of chips.

al Tool

*TOOL MATERIALS*—Closely related to both design and application of
milling cutters and end mills is the selection of the best tool material.
Currently, two general classes of tool materials cover the requirements of
most milling operations. These are the high speed steels and the sintered
carbide tool materials.

Non-Ferrous and
Non-Metallic Mat

7° — 12°
5° — 10°

2° — 7°

h, and where the

*High Speed Steel*—The high speed steels are tool steels capable of
maintaining a useful cutting hardness at elevated temperatures. They do
not lose hardness permanently unless exposed to temperatures higher than
the tempering temperatures which are in excess of 1000°F. This property,
often called red hardness, is due principally to two alloying elements,
molybdenum and tungsten, separately or in combination. High speed
steels are classified as "M" or "T" types depending upon which is the
major alloying element. All high speed steels also contain carbon, va-
nadium and chromium while some grades also include cobalt as an alloy-
ing element.

Carbon contributes to hardness and is necessary for the formation of hard abrasion-resistant carbides. Vanadium forms exceptionally abrasion resistant carbides; however, high vanadium high speed steels are difficult to grind. Chromium is a stabilizing element. Cobalt additions yield higher red hardness and make the high speed steel resistant to tempering. Sulphur additions are sometimes used in high speed steels for form relieved cutters because the finish attainable is better.

As with most materials, high speed steels which are harder and more heavily alloyed tend to be more brittle than the standard general purpose types. However, the special purpose or "super" types are useful when coupled with rigid cutter designs and good milling setups.

Currently, the American Iron and Steel Institute lists twenty-seven different standard types of high speed steels, and several non-standard types are in use. Thus, the selection of the best and most economical type can be a difficult problem. Fortunately, experienced cutter manufacturers have the background necessary to analyze milling operations and to recommend suitable high speed steel types.

*Cemented Carbide Tool Materials*—Cemented or sintered carbide tool materials, often called simply "carbides", are powder metallurgy products. The principal constituent is finely divided tungsten carbide which is bonded together with a smaller amount of cobalt by first forming under high pressure and then sintering at a high temperature. Some grades also contain tantalum carbide, titanium carbide and other elements. The composition and microstructure is controlled to vary the physical and cutting properties.

Carbides are characterized by high hardness and high abrasion resistance. They maintain hardness at elevated temperatures much in excess of

Case 5:07-cv-03117-JF    Document 1-12    Filed 06/13/2007    Page 7 of 15

those allowable with high speed steels and hence can be run at much higher cutting speeds.

Certain grades are designed for use at light feeds and where abrasion resistance is the principal requirement. Others are designed to be tougher and more temperature resistant for use on heavier roughing cuts.

As would be expected from their high effective cutting hardness, the carbide tool materials are somewhat brittle and not very shock resistant in comparison with high speed steel. To be successful, they must be used in well designed cutters and used on smooth operating rigid milling set-ups. Where these can be attained, carbide milling cutters and end mills are effective economical tools.

Carbide milling cutters are of two types: tipped or solid. Tipped cutters are made by fastening carbide cutting tips to a cutter body of steel or alloy cast iron. The tips may be either brazed or mechanically clamped to the cutter body. Solid cutters are completely fabricated from carbide. Their flutes are either formed prior to sintering or they may be ground into a solid piece of carbide. Small tools such as end mills are often made solid while the larger sized cutters are more often made in tipped construction.

As with the high speed steels, there are many carbide grades available and selection of the most suitable grade is often best handled by the cutter manufacturer after analysis of the proposed milling operation. Carbide grades are only loosely standardized so that it is not always possible to interchange corresponding grades made by different carbide manufacturers.

Case 5:07-cv-03117-JF   Document 1-12   Filed 06/13/2007   Page 8 of 15

The figures given in Table 1 are suggested starting speeds only, a foundation on which to build. They will have to be tempered to suit the conditions ON THE JOB. For example:

| Use Lower Speed Ranges For | Use Higher Speed Ranges For |
|---|---|
| Hard materials | Softer materials |
| Tough materials | Better finishes |
| Abrasive materials | Smaller diameter cutters |
| Heavy cuts | Light cuts |
| Minimum tool wear | Frail work pieces or set-ups |
| Maximum cutter life | Hand feed operations |
| | Maximum production rates |
| | Non-metallics |

### Table 1—Starting Peripheral Speeds

| work material | tool material | | work material | tool material | |
|---|---|---|---|---|---|
| | high speed steel | cemented carbide | | high speed steel | cemented carbide |
| Magnesium | 600 up | 1000 up | Titanium | | |
| Aluminum | 600 up | 1000 up | Under 100,000 PSI | 35-55 | 150-180 |
| Copper | 300 up | 1000 up | 100,000 to | | |
| Brass | 300 | 800 | 135,000 PSI | 25-35 | 120-150 |
| Bronze | 200 | 400 | 135,000 PSI & Over | 15-25 | 80-120 |
| Maleable Iron | 100 | 350 | High Tensile Steels | | |
| Cast Iron | 100 | 300 | 180,000—220,000 PSI | 25-40 | 200-250 |
| Cast Steel | 70 | 200 | 220,000—260,000 PSI | 10-25 | 110-200 |
| Steel—100 Brinell | 150 | 450 | 260,000—300,000 PSI | 6-10 | 90-180 |
| 200 Brinell | 70 | 350 | High Temperature Alloys | | |
| 300 Brinell | 40 | 200 | Ferritic Low Alloys | 40-60 | 150-300 |
| 400 Brinell | 20 | 100 | Austenitic Alloys | 20-30 | 100-235 |
| 500 Brinell | 10 | 75 | Nickel Base Alloys | 5-20 | 50-150 |
| Stainless Steel: | | | Cobalt Base Alloys | 5-10 | 50-100 |
| Free Machining | 70 | 400 | | | |
| Other | 40 | 300 | | | |

NON-METALLICS: These materials are so numerous and varied that specific recommendations cannot be made. In general, the use of cemented carbide at high peripheral speeds is indicated.

**Relief thod**

| |
|---|
| check-ing dis-tance |
| |
| .010 |
| .010 |
| .015 |
| .015 |
| .020 |
| .020 |
| .020 |
| .020 |
| .020 |
| .025 |
| .025 |
| .025 |
| ½₂ |
| ⅓₂ |
| ⅓₂ |
| ⅓₂ |
| ⅓₂ |
| ⅓₂ |
| ⅓₂ |
| ¼₂ |
| ⅓₂ |
| ⅓₂ |
| ¾₂ |
| ⅓₂ |
| ⅓₂ |
| ⅓₂ |
| ½₂ |
| ⅓₂ |
| ⅓₂ |
| lly kept e cutter ditions. |

*Sharpening Side Or End Teeth*—Different practices are followed when sharpening side teeth which must mill to a close tolerance on width and where maintenance of this width is important. Omit relief on the side teeth entirely, simply grind the sides concave; leave a narrow margin or land without relief at the cutting edge. Behind this margin the cutter is sharpened with 2° to 4° relief angle. Sharpen the side land with relief up to the edge but with less than the regular amount. Concavity rates vary from .001 to .008 per inch.

End teeth of End Mills and Shell Mills not intended to feed endwise are sharpened with 3° to 5° relief. End mills with teeth to center for end feeding, are generally relieved to the edge with from 6° to 8° relief. The diameter has no influence on relief angles for end teeth.

Face mills are sharpened on the face in various ways to suit different work materials and finish requirements.

Table 10 gives indicator measurements for flat relief on ends, side or face teeth for common relief angles.

## Table 10—Indicator Drops for Relief on Side or End Teeth

| measured travel of indicator point on the relieved surface | indicator drop of | | | | | |
|---|---|---|---|---|---|---|
| | 1° | 2° | 3° | 4° | 5° | 7° |
| �ₓ₆₄ | .0003 | .0005 | .0008 | .0011 | .0014 | .0019 |
| ⅓₂ | .0005 | .0011 | .0016 | .0022 | .0027 | .0038 |
| ⅗₆₄ | .0008 | .0016 | .0025 | .0033 | .0041 | .0057 |
| ⅟₁₆ | .0011 | .0022 | .0033 | .0044 | .0055 | .0077 |

Relief angles on form relieved cutters are built in by the manufacturer. Sharpening by grinding only the faces of the teeth in the same plane as when new, will maintain correct rake angles. This is discussed in succeeding pages.

*Cutter Run-Out*—A cutter performs best when the cutting edge of all teeth runs true with the axis. Then each tooth does its share of work. Radial and axial run-outs should be checked with an indicator after each sharpening.

Case 5:07-cv-03117-JF    Document 1-12    Filed 06/13/2007    Page 10 of 15

The amount of stock removed per pass is determined by end mill size, tool material, and finish requirements. In rough regrinding of end mills made of general purpose high speed steels, as much as 0.002 inches of stock can be removed per pass. For small flexible end mills this must be reduced to hold uniform diameters. Highly alloyed special purpose high speed steel may require cuts as light as 0.0005 inches of stock per pass. Light finishing cuts are also required on the primary relief surfaces to produce smooth sharp cutting edges.

*Sharpening End Teeth*—In the resharpening of end teeth, the first step is always the removal of the wear on the end teeth and at the corner intersection of the end and peripheral teeth. Particular care must be taken that all of the corner wear is removed. This can be done either by hand or machine grinding but care must be taken to avoid overheating the end mills by too severe grinding. Machine grinding is preferred because stock removal is more uniform and resharpening is thus simplified. A common machine setup involves chucking the end mill and rotating it against a flat or cup wheel for a square end tool or against a concave radius dressed wheel for a ball end tool. Worn end mills and their appearance after this first operation are shown in Figures 42A and 42B.





Figure A—Before and after initial facing grind

Figure B—Before and after initial form grind

Worn End Mill

End Mill After preliminary face-grind

Worn ball end end mill

Ball end end mill after preliminary circular grinding with concave-dressed wheel

*Figure 42—2 Flute end mills. Before and after preliminary grind.*

ill held by shank in
e spindle ready for
 regrinding. Fixture
and rotational move-
grinding wheel and
and means for select-
and clearance angles

ment of the correct
 relief is relatively
the setups used for
viously.
primary relief first
 to avoid excessive
 bring the primary
eral purpose relief
with the necessary
t is often desirable
 grind to refine the
cut should be made
d mill.

Case 5:07-cv-03117-JF    Document 1-12    Filed 06/13/2007    Page 11 of 15

566                      MILLING CUTTER SECTION

The end teeth of an ordinary two-flute end mill are similar to those of a square end drill. The three necessary operations and one optional feature, along with setup suggestions, are shown in Figures 43A to 43D. In each drawing, the shaded area indicates the surfaces being ground.



Figure 43—Procedure for sharpening end of 2 flute square end end mills.

Case 5:07-cv-03117-JF    Document 1-12    Filed 06/13/2007    Page 12 of 15

lar to those of a
ptional feature,
to 43D. In each
nd.

Use plain
wheel



assed under
he wheel

dary clear end

Use plain
wheel



or end mill
may be
traversed
into wheel
in this direction

) at junction of
k notch

d end mills.

There are two ways to resharpen non center-cutting multi-flute end mills. The simplest is the cup or concave method shown in Figures 44A and 44B. Some end mills are made this way originally. If the original cup is deep enough, the first resharpening may require only the relieving operation of Figure 44B. This method of resharpening is not suitable for end mills which require large corner radii.

*A.*



Use plain or
cup wheel

Length of end
cutting edge after
cup-grind should be
½ to ⅔ of side-
cutting flute
depth

D

½ to ⅔D

1st Operation—Concave grind center on end

*B.*



½°-5° End concavity
on end cutting edges

5°-12°
Primary
end
relief

Use plain or
cup wheel

End mill may be traversed under wheel
or wheel may be traversed across end mill

2nd Operation—Primary relieve end

*Figure 44—Procedure for sharpening end of multi-flute cupped square end end mill.*

42

Case 6:07-cv-03117-JF    Document 1-12    Filed 06/13/2007    Page 13 of 15

568                    MILLING CUTTER SECTION

The end gash method of resharpening non-center-cutting end mills is illustrated in Figures 45A through 45C. Note that the shallow end teeth of the heavy duty type of resharpening, shown in Figure 45B, are produced by a combined gashing and secondary clearing operation. While 4 flute end mills are shown in Figure 45, the procedure for end mills with 6, 8 or more flutes is similar but slight modification of grinding wheel angles may be necessary.



A.

Notch angle

End mill may be traversed into wheel in this direction

Use angularly-dressed plain wheel

or passed under the wheel

1st Operation—Notch gash end to center hole



B.

General purpose type

End mill may be traversed into wheel in this direction

Use plain wheel

or passed under the full diameter of the wheel

Heavy duty type

2nd Operation—Secondary clear end
(note: this operation also grinds end notch on the heavy duty type)



C.

½°-5° End concavity

Use cup wheel

Primary end relief 5°-12°

End mill may be traversed under end face of wheel

or wheel may be traversed across end tooth of end mill

3rd Operation—Primary relieve end

*Figure 45—Procedure for sharpening end of 4-flute square end mill with center hole.*

Case 5:07-cv-03117-JF    Document 1-12    Filed 08/13/2007    Page 14 of 15

; end mills is
v end teeth of
are produced
ile 4 flute end
h 6, 8 or more
ngles may be

Center cutting end mills with more than two flutes are more difficult to resharpen. The step by step procedure for 4-flute center cutting end mills is illustrated in Figures 46A through 46D. Here, two diametrically opposed teeth are made to cut to center in a manner similar to the end teeth of a two-flute end mill. All the other teeth are cut away slightly so that they do not extend to the center. Three-flute end mills are sharpened in a similar manner. The three types of end sharpening in common use are shown in Figures 47, 48 and 49. Figure 47 shows all three teeth extending to the center and the three end gashes meeting at the center point. Figure 48 shows two teeth extending to the center with the third tooth cut away at the center. Figure 49 shows one tooth extending to the center with the other two teeth cut away at the center point.

Ball end end mills also present resharpening problems due to the relieved radius form and the roughly spherical form of the secondary clearance. Some manufacturers grind both surfaces by machine, but most users will have to use a combination of machine and hand grinding to produce the ball end. A suggested procedure for two-flute ball end end mills is shown in Figures 50A through 50D. It is often helpful, in sharpening the primary relief on ball end end mills, to place the peripheral tangency point of the ball radius about .001″ to .002″ outside the peripheral diameter. This minimizes the chance of nicking the peripheral teeth at the tangency point. The effect on the form produced by the end mill is usually negligible.

ar end
inds
type)

Ball end end mills with more than two flutes require a combination of the procedures shown in Figures 46 and 50, since only two diametrically opposed teeth are carried to center. A certain amount of hand grinding may be required to blend the secondary clearance surfaces onto the end gashing cuts.

*l with center hole.*

570                    MILLING CUTTER SECTION.

*A.*



Notch-gash angle

End mill may be traversed into wheel,

or passed under the wheel

Use plain, narrow, angularly dressed wheel

1st Operation—Gash-notch two center-cutting end teeth past center



Three teeth to center
*Figure 47.*

*B.*



Notch & secondary clearance angle

Use plain wheel

End mill may be traversed into wheel

or passed under the wheel

2nd Operation—Notch-secondary-clear two end teeth not cutting to center



Two teeth to center
*Figure 48.*

*C.*



End mill may be traversed into wheel

Use plain wheel

or passed under the wheel

Conclusion of 2nd operation— Secondary clearing the two end teeth not cleared previously



One tooth to center
*Figure 49.*

*Three types of sharpening 3-flute end mills.*

*D.*



½°-5° End concavity

Primary end relief 5°-12°

Traverse end mill or wheel to proximity of center of end mill

Use plain or cup wheel

3rd Operation—Primary relieve end teeth

*Figure 46—Procedure for sharpening end of 4-flute square end center-cutting end mill.*