Case 5:07-cv-03117-JF Document 1-13 Filed 06/13/2007 Page 1 of 6



# STANDARD MILLING CUTTERS and END MILLS

## INDEX

### Cutters


| | Page |
|---|---|
| Angle Milling, Single, Arbor Type | 595 |
| Angle Milling, Single 60°, Weldon Shank | 596 |
| Angle Milling, Single, Threaded Hole | 597 |
| Angle Milling, Double | 596 |
| Concave | 600 |
| Convex | 600 |
| Corner Rounding, Arbor Type | 601 |
| Corner Rounding, Weldon Shank | 601 |
| Gear Milling, Finishing | 602 |
| Gear Milling, Roughing | 605 |
| Gear Milling for Mitre and Bevel Gears | 604 |
| Half Side Milling | 587 |
| Plain Milling, Carbide Tipped | 608 |
| Plain Milling, Light Duty | 581 |
| Plain Milling, Heavy Duty | 583 |
| Plain Milling, High Helix | 583 |
| Roller Chain Sprocket Milling | 606 |
| Screw Slotting | 594 |
| Shell H.S.S. | 599 |
| Shell, Carbide Tipped | 610 |
| Side Milling | 584 |
| Side Milling, Carbide Tipped | 609 |
| Staggered Tooth Side Milling | 586 |
| T-Slot, Weldon Shank | 598 |
| Woodruff Key Seat, Arbor Type | 588 |
| Woodruff Key Seat, Shank Type | 589 |


### Saws


| | |
|---|---|
| Metal Slitting | 591 |
| Metal Slitting, Side Teeth | 592 |
| Metal Slitting, Staggered Peripheral and Side Teeth | 593 |
| Metal Slitting, Carbide Tipped | 608 |


(Continued on following page)

MILLS

Page
. . . . . . . . . . . 595
. . . . . . . . . . . 596
. . . . . . . . . . . 597
. . . . . . . . . . . 596
. . . . . . . . . . . 600
. . . . . . . . . . . 600
. . . . . . . . . . . 601
. . . . . . . . . . . 601
. . . . . . . . . . . 602
. . . . . . . . . . . 605
. . . . . . . . . . . 604
. . . . . . . . . . . 587
. . . . . . . . . . . 608
. . . . . . . . . . . 581
. . . . . . . . . . . 583
. . . . . . . . . . . 583
. . . . . . . . . . . 606
. . . . . . . . . . . 594
. . . . . . . . . . . 599
. . . . . . . . . . . 610
. . . . . . . . . . . 584
. . . . . . . . . . . 609
. . . . . . . . . . . 586
. . . . . . . . . . . 598
. . . . . . . . . . . 588
. . . . . . . . . . . 589

. . . . . . . . . . . 591
. . . . . . . . . . . 592
. . . . . . . . . . . 593
. . . . . . . . . . . 608



## STANDARD MILLING CUTTERS and END MILLS

### INDEX

(Continued)

### END MILLS

HELICAL SERIES — Page

Multiple Flute, B. & S. Shank, Square End . . . . . . . . . . . . . . . . . . . . . 611
Multiple Flute, Plain S.S., Straight Shank, Square End . . . . . . . . . . . 611

MEDIUM HELIX SERIES

**Double End, 3/16 Straight Shank**

4 Flute, Stub Length, Square End . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 612
4 Flute, Reg. Length, Square End . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 612
4 Flute, Long Length, Square End . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 613
2 Flute, Stub Length, Square End . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 613
2 Flute, Reg. Length, Square End . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 614
2 Flute, Long Length, Square End . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 614

**Single End, Weldon Shank**

Mult. Flute, Reg. Length, Square End . . . . . . . . . . . . . . . . . . . . . . . . . . 615
Mult. Flute, Long Length, Square End . . . . . . . . . . . . . . . . . . . . . . . . . 616
Mult. Flute, Ex. Lg. Length, Square End . . . . . . . . . . . . . . . . . . . . . . . 617
2 Flute, Stub Length, Square End . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 617
2 Flute, Reg. Length, Square End . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 618
2 Flute, Reg. Length, Ball End . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 619
2 Flute, Long Length, Square End . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 620
2 Flute, Long Length, Ball End . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 620

**Double End, Weldon Shank**

4 Flute, Stub Length, Square End . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 621
4 Flute, Reg. Length, Square End . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 622
2 Flute, Stub Length, Square End . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 623
2 Flute, Reg. Length, Square End . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 624
2 Flute, Reg. Length, Ball End . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 625

**Center Cutting, Single End, Weldon Shank**

4 Flute, Reg. Length, Square End . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 626
4 Flute, Long Length, Square End . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 627
4 Flute, Ex. Lg. Length, Square End . . . . . . . . . . . . . . . . . . . . . . . . . . . 628
3 Flute, Reg. Length, Square End . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 629
3 Flute, Long Length, Square End . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 630

**Center Cutting, Double End, Weldon Shank**

4 Flute, Reg. Length, Square End . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 631
3 Flute, Reg. Length, Square End . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 632

(Concluded on following page)

Case 5:07-cv-03117-JF Document 1-13 Filed 06/13/2007 Page 3 of 6



## STANDARD MILLING CUTTERS and END MILLS

INDEX

**End Mills (Concluded)**

**Heavy Duty, Single End, 2" Shank**

| | Page |
|---|---|
| 2, 3, 4, 6 Flute, Square End | 633 |
| 2, 4, 6 Flute, Ball End | 634 |

HIGH HELIX SERIES

**Single End, Weldon Shank**

| | |
|---|---|
| 2 Flute, Reg. Length, Square End | 635 |
| 2 Flute, Long Length, Square End | 636 |
| 2 Flute, Ex. Lg. Length, Square End | 637 |

PREMIUM HIGH SPEED STEEL SERIES

**Center Cutting, Single End, Weldon Shank**

| | |
|---|---|
| 2 Flute, Reg. Length, Square End | 638 |
| 2 Flute, Reg. Length, Ball End | 639 |
| Mult. Flute, Reg. Length, Square End | 640 |
| Mult. Flute, Reg. Length, Ball End | 641 |
| Mult. Flute, Long Length, Square End | 642 |
| Mult. Flute, Ex. Lg. Length, Square End | 642 |

CARBIDE SERIES

**Single End, Plain Straight Shank**

| | |
|---|---|
| 2 Flute, Solid Carbide, Square End | 643 |
| 2 Flute, Solid Carbide, Ball End | 644 |
| 4 Flute, Solid Carbide, Square End | 645 |
| 4 Flute, Solid Carbide, Ball End | 646 |

**Double End, Weldon Shank**

| | |
|---|---|
| 2 Fl., Solid Carbide Cutting Length, Square End | 647 |
| 4 Fl., Solid Carbide Cutting Length, Square End | 648 |

**Single End, Weldon Shank**

| | |
|---|---|
| All Types, Carbide Tipped, Square End | 649 |

**Tables**

| | | |
|---|---|---|
| Standard Milling Cutter Tolerances | 401 | 650 |
| Radial and Axial Runout | 402 | 653 |
| Multiple Thread Milling Cutter Tolerances | 403 | 655 |
| Standard Keyway Dimensions | 404 | 657 |
| Weldon Shanks | 405 | 859 |
| Combination Shanks, Right Hand Cut | 405A | 860 |
| Combination Shanks, Left Hand Cut | 405B | 861 |
| Brown & Sharpe Taper Shanks | 407 | 864 |

MILLS

Page
.......... 633
.......... 634

.......... 635
.......... 636
.......... 637

.......... 638
.......... 639
.......... 640
.......... 641
.......... 642
.......... 642

.......... 643
.......... 644
.......... 645
.......... 646

.......... 647
.......... 648

.......... 649

.. 401 650
.. 402 653
.. 403 655
.. 404 657
.. 405 859
.. 405A 860
.. 405B 861
.. 407 864



## Plain Milling Cutters

**Light Duty**

### High Speed Steel

Cutters less than ¾″ face have straight teeth.

Cutters ¾″ face and wider have a helix angle of not less than 18° nor greater than 25°.

**Standard Sizes and Dimensions**

| Diameter of Cutter | Width of Face | Diameter of Hole |
|---|---|---|
| 2¼ | ½ | ⅞ |
| 2¼ | 1 | ⅞ |
| 2½ | 3/16 | 1 |
| 2½ | ¼ | 1 |
| 2½ | 5/16 | 1 |
| 2½ | ⅜ | 1 |
| 2½ | 7/16 | 1 |
| 2½ | ½ | 1 |
| 2½ | ⅝ | 1 |
| 2½ | ¾ | 1 |
| 2½ | 1 | 1 |
| 2½ | 1½ | 1 |
| 2½ | 2 | 1 |
| 2½ | 2½ | 1 |
| 2½ | 3 | 1 |
| 3 | 3/16 | 1 |
| 3 | ¼ | 1 |
| 3 | 5/16 | 1 |
| 3 | ⅜ | 1 |
| 3 | ⅜ | 1¼ |
| 3 | 7/16 | 1¼ |
| 3 | ½ | 1¼ |
| 3 | ⅝ | 1¼ |
| 3 | ¾ | 1¼ |
| 3 | ⅞ | 1¼ |
| 3 | 1 | 1¼ |

(Concluded on following page)

ing,

standard.

| Number of Flutes |
|---|
| 4 |
| 4 |
| 4 |
| 4 |
| 4 |
| 4, 6* |

itting,

standard.

| Number of Flutes |
|---|
| 4 |
| 4 |
| 4 |
| 4 |
| 4 |
| 4, 6* |



## Two Flute, Single-End End Mills

### With Plain Straight Shanks (not flatted)

### Solid Carbide

Right hand cutters with right hand helix are standard in the listed diameters, and right hand cutters with straight flutes are standard in diameters through 1/2". Center holes optional with manufacturer.

**Standard Sizes and Dimensions**

| Diameter of Cutter | Diameter of Shank | Length of Cut | Length Overall |
|---|---|---|---|
| 1/16 | 1/8 | 3/16 | 1 1/2 |
| 3/32 | 1/8 | 3/8 | 1 1/2 |
| 1/8 | 1/8 | 1/2 | 1 1/2 |
| 5/32 | 3/16 | 9/16 | 1 7/8 |
| 3/16 | 3/16 | 5/8 | 1 7/8 |
| 7/32 | 1/4 | 5/8 | 2 1/2 |
| 1/4 | 1/4 | 3/4 | 2 1/2 |
| 9/32 | 5/16 | 3/4 | 2 1/2 |
| 5/16 | 5/16 | 13/16 | 2 1/2 |
| 3/8 | 3/8 | 7/8 | 2 1/2 |
| 7/16 | 7/16 | 1 | 2 3/4 |
| 1/2 | 1/2 | 1 | 3 |
| 9/16 | 9/16 | 1 1/4 | 3 1/2 |
| 5/8 | 5/8 | 1 1/4 | 3 1/2 |
| 11/16 | 5/8 | 1 1/2 | 4 |
| 3/4 | 3/4 | 1 1/2 | 4 |

All dimensions are given in inches.
For tolerances see Tables 401 and 402.

Case 5:07-cv-03117-JF Document 1-13 Filed 06/13/2007 Page 6 of 6

s

'd. Center

ength
verall

3 1/16
3 1/8
3 1/4
3 3/8
3 3/8

3 3/8
3 1/2
3 1/2
3 1/2
4
4



# Single-End End Mills

### With Weldon Shanks

## Carbide Tipped

(All Types)

**Standard Sizes and Dimensions**

| Diameter of Cutter | Diameter of Shank | Length of Cut (Min.) | Length Overall |
|---|---|---|---|
| 1/4 | 3/8 | 1/2 | 2 5/16 |
| 5/16 | 3/8 | 1/2 | 2 1/2 |
| 3/8 | 3/8 | 5/8 | 2 1/2 |
| 7/16 | 3/8 | 5/8 | 2 11/16 |
| 1/2 | 1/2 | 11/16 | 3 |
| 9/16 | 1/2 | 11/16 | 3 |
| 5/8 | 5/8 | 11/16 | 3 3/8 |
| 3/4 | 5/8 | 3/4 | 3 3/8 |
| 7/8 | 3/4 | 13/16 | 3 5/8 |
| 1 | 1 | 7/8 | 4 1/4 |
| 1 1/8 | 1 | 1 | 4 1/4 |
| 1 1/4 | 1 | 1 | 4 1/4 |
| 1 1/2 | 1 1/4 | 1 | 4 1/2 |
| 1 3/4 | 1 1/4 | 1 | 4 1/2 |
| 2 | 1 1/4 | 1 | 4 1/2 |

All dimensions are given in inches.
For tolerances see Tables 401 and 402.
For shank dimensions see Table 405.