1  ROBERT P. ANDRIS (SBN 130290)
   LAEL D. ANDARA (SBN 215416)
2  AMY K. GRUBER (SBN 239793)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  1001 Marshall Street, Suite 300
   Redwood City, CA 94063
4  Telephone:  (650) 364-8200
   Facsimile:  (650) 780-1701
5  Email: randris@ropers.com
           landara@ropers.com; agruber@ropers.com
6
   Attorneys for Plaintiff
7  DESTINY TOOL, a California corporation

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | DESTINY TOOL, a California          | CASE NO. C07-03117 HRL
   | corporation,                        |
12 |                                     | **AFFIDAVIT OF SERVICE ON
   |         Plaintiff,                  | SGS TOOLS COMPANY**
13 |                                     |
   | v.                                  |
14 |                                     |
   | SGS TOOLS COMPANY, an Ohio          |
15 | corporation, DAUPHIN PRECISION      |
   | TOOL, LLC, a Pennsylvania limited   |
16 | liability company, and WELDON TOOL  |
   | COMPANY, an Ohio corporation,       |
17 |                                     |
   |         Defendants.                 |
18

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

RC1/439024 1/LD                              AFFIDAVIT OF SERVICE ON SGS TOOLS
                                                         NO. C07-03117 HRL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESTINY TOOL, a California corporation ) ) ) | Case No. C 07-03117 HRL |
| Plaintiff, ) ) ) | |
| v. ) ) | AFFIDAVIT OF SERVICE |
| SGS TOOLS COMPANY, an Ohio corporation, et al. ) ) ) | |
| Defendant. ) ) | |

Name of Server: __Heath Mosback__, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of 18 and not a party to this action.

Service of process upon: SGS Tools Company.
Date of service: the 20th day of __June__, 20-07, at 3 35 o'clock p.M.
Place of service: 55 South Main Street, Munroe Falls, Ohio 44262.
Documents served: Summons, Complaint, Order Setting Initila Case management Conference and ADR Deadlines, Standing Order for All Judges of the Northern District of California-Contents of Joint Case Management Statement, Standing Order Regarding Case Management in Civil Cases, Standing Order Re: Initial Case Management and Discovery Disputes, Instructions for Completion of ADR Forms Regarding Selection of an ADR Process with blank forms attached, Handbook entitled "Dispute Resolution Procedures in the Northern District of Caalifornia", Guidelines, Notice of Assignment of Case to a United States Magistrate Judge, Consent to Proceed Before a United States Magistrate Judge, and Declination to Proceed Before A Magistrate Judge and Request for Reassignment to a United States District Judge, ECF Registration Information Handout, Order of the Chief Judge In Re: Electronic Filing in Cases with Unrepresented Parties, General Order No. 40 (Prohibition of Boas), General Order No. 45 (Electronic Case Filing),

Manner of service: A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner: __By serving Erin Holb, authorized to accept service.__

Description: Age _45_, Sex _M_, Race _W_, Height _6'0"_ Weight _175_, Hair _Blk_, Glasses _No_

Undersigned declares under penalty of perjury That the foregoing is true and correct.

_Signature of Server_

Subscribed and Sworn Before me this 21st day of _____ 2007

_Notary Public_  8/11  Comm.Exp.