1  ROBERT P. ANDRIS (SBN 130290)
   LAEL D. ANDARA (SBN 215416)
2  AMY K. GRUBER (SBN 239793)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  1001 Marshall Street, Suite 300
   Redwood City, CA 94063
4  Telephone:    (650) 364-8200
   Facsimile:    (650) 780-1701
5  Email: randris@ropers.com
          landara@ropers.com; agruber@ropers.com
6
   Attorneys for Plaintiff
7  DESTINY TOOL, a California corporation

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 DESTINY TOOL, a California          CASE NO. C07-03117 HRL
   corporation,
12                                     **AFFIDAVIT OF SERVICE OF SUMMONS
                  Plaintiff,           ON WELDON TOOL COMPANY**
13
   v.
14
   SGS TOOLS COMPANY, an Ohio
15 corporation, DAUPHIN PRECISION
   TOOL, LLC, a Pennsylvania limited
16 liability company, and WELDON TOOL
   COMPANY, an Ohio corporation,
17
                  Defendants.
18
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

RC1/439443 1/LD                        AFFIDAVIT OF SERVICE ON WELDON TOOL
                                               NO. C07-03117 HRL.

# Affidavit of Process Server

US District Court, Northern District of California    Case No.C07-03117 HRL

Name of Court
Destiny Tool v SGS Tools Company

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service

Service: I, Dale Dorning, served                    Weldon Tool Company
                                                     Name of Person / Entity Served


With the documents

- Summons
- Complaint
- Order Setting Initial Case Management Conference and ADR Deadlines
- Standing Order for All Judges of the Northern District of California -
  Contents of Joint Case Management Statement
- Standing Order Regarding Case Management in Civil Cases
- Standing Order Re: Initial Case Management and Discovery Disputes
- Instructions for Completion of ADR Forms Regarding Selection of an ADR Process with blank forms attached
- Handbook entitled "Dispute Resolution Procedures in the Northern District of California"
- Guidelines
- Notice of Assignment of Case to a United States Magistrate Judge, Consent to Proceed Before A
  United States Magistrate Judge. and Declination to Proceed Before A Magistrate Judge and Request
  for Reassignment to a United States District Judge
- ECF Registration Information Handout
- Order of the Chief Judge In Re: Electronic Filing in Cases with Unrepresented Parties
- General Order No 40 (Prohibition of Bias)
- General Order No 45 (Electronic Case Filing)


By serving        Sam Wood                    Corp Counsel
                  Name                        Relationship

At        2090 Florence Avenue Cincinnati Ohio 45206


on        06/26/2007            2:25 pm
          Date                  Time

Thereafter copies of the documents were mailed by prepaid, first class mail on
                                                                        Date
From
          City            State

**Manner of Service:**
[XX] By personally delivering copies to the person / authorized agent of entity being served.
[ ] By leaving, during office hours. copies at the office of the person / entity being served, leaving same with the person apparently in charge thereof.
[ ] By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 15 years or older and explaining the general nature of the papers
[ ] By posting copies in a conspicuous manner to the address of the person / entity being served

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above. I have been unable to effect process upon the person / entity being served because of the following reasons:

[ ] Unknown at Address    [ ] Evading    [ ] Moved, Left no Forwarding Address    [ ] Address does not exist
[ ] Service Cancelled     [ ] Unable to Serve in a Timely Fashioned    [ ] Other (Reason):


**Description:** Male. 55, 6-0, 120, gray. glasses

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on

6/26/07 at Hamilton , OH
Date        City        State

_____
Signature of Process Server

State of OHIO

County of Butler

Subscribed and sworn before me, a notary public, this 26th day of June 2007

Witness My Hand and Official Seal To

Precision Investigations & Consulting
8216 Princeton-Glendale Rd., #260
West Chester, Ohio 45069
888-246-4927 / 513-867-0560 (Fax)

_____
Notary Public



Diane Loeak
Notary Public, State of Ohio
My Commission Expires 12-01-2010