1   ROBERT P. ANDRIS (SBN 130290)
    LAEL D. ANDARA (SBN 215416)
2   AMY K. GRUBER (SBN 239793)
    ROPERS, MAJESKI, KOHN & BENTLEY
3   1001 Marshall Street, Suite 300
    Redwood City, CA 94063
4   Telephone:    (650) 364-8200
    Facsimile:    (650) 780-1701
5   Email: randris@ropers.com
           landara@ropers.com; agruber@ropers.com
6
    Attorneys for Plaintiff
7   DESTINY TOOL, a California corporation

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  DESTINY TOOL, a California          CASE NO. C07-03117 HRL
    corporation,
12                                      **AFFIDAVIT OF SERVICE OF SUMMONS**
                   Plaintiff,           **ON DAUPHIN PRECISION TOOL, LLC**
13
    v.
14
    SGS TOOLS COMPANY, an Ohio
15  corporation, DAUPHIN PRECISION
    TOOL, LLC, a Pennsylvania limited
16  liability company, and WELDON TOOL
    COMPANY, an Ohio corporation,
17
                   Defendants.
18

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/439827.1/LD

United States District Court for the Northern District of California

CASE NO.: C07 03117

## AFFIDAVIT OF SERVICE

Destiny Tool

vs.

SGS Tools Company, et al.

_____/

Commonwealth of Pennsylvania
County of Dauphin    ss.

I, Chad Spotts, a competent adult, being duly sworn according to law, depose and say that at 2:23 PM on 06/22/2007, I served **Dauphin Precision Tool, LLC** at 200 Front Street , Millersburg, PA 17061 in the manner described below:

☐　　Defendant(s) personally served

☐　　Adult family member with whom said Defendant(s) reside(s)
　　　Relationship is _____

☐　　Adult in charge of Defendant(s) residence who refused to give name and/or relationship

☐　　Manager/Clerk of place of lodging in which Defendant(s) reside(s)

☐　　Agent or person in charge of Defendant's office or usual place of business

☐　　_____ an officer of said Defendant's company

☒　　Other: <u>Served Brenden Coyle, who was the person in charge of the premises at time of service.</u>

a true and correct copy of Summons in a Civil Case, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order for all Judges of the Northern District of California, Standing Order Regarding Case Management in Civil Cases, Standing Order RE: Initial Case Management and Discovery Disputes, Instructions for Completion of ADR Forms Regarding Selection of an ADR Process (with blank forms attached), Dispute Resolution Procedures in the Northern District of California Handbook, Welcome to the United States District Court for the Northern District of California Clerk's Office San Jose Division, Notice of Assignment of Case to a United States Magistrate Judge, Consent to Proceed Before a United States Magistrate Judge, Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge, ECF Registration Information Handout, Order of the Chief Judge In RE: Electronic Filing in Cases with Unrepresented Parties, General Order No. 40 Prohibition of Bias, General Order No. 45 Electronic Case Filing issued in the above captioned matter

Description:
Sex: Male – Age: 33 – Skin: White – Hair: Black – Height: 5' 10" – Weight: 180

Sworn to and subscribed before me on this
_____ day of _____, 20__.

_____
NOTARY PUBLIC

X _____
Chad Spotts
Clear Docket, Inc
3915 Union Deposit Road #411
Harrisburg, PA  17109
(800) 757-0411

Atty File#: 18148-26700 - Our File# 1439

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
John F. Shinkowsky, Notary Public
Susquehanna Twp., Dauphin County
My Commission Expires Sept. 28, 2010

Member, Pennsylvania Association of Notaries