ROBERT P. ANDRIS (SBN 130290)
LAEL D. ANDARA (SBN 215416)
AMY K. GRUBER (SBN 239793)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone:   (650) 364-8200
Facsimile:   (650) 780-1701
Email: randris@ropers.com
         landara@ropers.com; agruber@ropers.com

Attorneys for Plaintiff
DESTINY TOOL, a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DESTINY TOOL, a California corporation, | CASE NO. C07-03117 HRL |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF WELDON TOOL COMPANY** |
| v. | |
| SGS TOOLS COMPANY, an Ohio corporation, DAUPHIN PRECISION TOOL, LLC, a Pennsylvania limited liability company, and WELDON TOOL COMPANY, an Ohio corporation, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Destiny Tool voluntarily dismisses Weldon Tool Company from the above-captioned action, without prejudice.

Dated: July 13, 2007

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
ROBERT P. ANDRIS
LAEL D. ANDARA
AMY K. GRUBER
Attorneys for Plaintiff
DESTINY TOOL, a California corporation

RC1/440737 1/AG2

NOTICE OF VOLUNTARY DISMISSAL OF
WELDON TOOL COMPANY
NO. C07-03117 HRL

CASE NAME: Destiny Tool v. SGS Tools Company, et al.

ACTION NO.: C07-3117 HRL

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 1001 Marshall Street, Suite 300, Redwood City, CA 94063. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**NOTICE OF VOLUNTARY DISMISSAL OF WELDON TOOL COMPANY**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood City, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

SGS Tools Company
55 South Main Street
Munroe Falls, OH 44262

Dauphin Precision Tool, LLC
200 Front Street
Millersburg, PA 17061

Weldon Tool Company
2090 Florence Avenue
Cincinnati, OH 45206

Louis F. Solimine
Thompson Hine LLP
312 Walnut Street, Suite 1400
Cincinnati, OH 45202

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 13, 2007, at Redwood City, California.

*Laura L. Koozmin*
LAURA L. KOOZMIN

RC1/440785 1/LD

PROOF OF SERVICE
C07-03117 HRL