| | | |
|---|---|---|
| 1 | ROBERT P. ANDRIS (SBN 130290) | TODD E. WHITMAN (SBN 173878) |
| | LAEL D. ANDARA (SBN 215416) | MARK R. HARTNEY (SBN 136824) |
| 2 | AMY K. GRUBER (SBN 239793) | ALLEN MATKINS LECK GAMBLE |
| | ROPERS, MAJESKI, KOHN & BENTLEY | MALLORY & NATSIS, LLC |
| 3 | 1001 Marshall Street, Suite 300 | 1901 Avenue of the Stars, Suite 1800 |
| | Redwood City, CA 94063 | Los Angeles, CA 90067 |
| 4 | Telephone: (650) 364-8200 | Telephone: (310) 788-2448 |
| | Facsimile: (650) 780-1701 | Facsimile: (310) 788-2410 |
| 5 | Email: randris@ropers.com | Email: twhitman@allenmatkins.com |
| | landara@ropers.com | mhartney@allenmatkins.com |
| 6 | agruber@ropers.com | |

Attorneys for Plaintiff
DESTINY TOOL, a California corporation

Attorneys for Defendants
SGS TOOLS COMPANY, an Ohio corporation,
DAUPHIN PRECISION TOOL, LLC, a
Pennsylvania limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DESTINY TOOL, a California corporation,

    Plaintiff,

v.

SGS TOOLS COMPANY, an Ohio corporation, DAUPHIN PRECISION TOOL, LLC, a Pennsylvania limited liability company, and WELDON TOOL COMPANY, an Ohio corporation,

    Defendants.

CASE NO. C07-03117 HRL

**STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED by and between the parties hereto, that defendants SGS Tools Company and Dauphin Precision Tool, LLC, have to and including August 9, 2007, in which to respond to the Complaint.

Dated: July 25, 2007

ROPERS, MAJESKI, KOHN & BENTLEY

By: _/s/ Lael Andara_
ROBERT P. ANDRIS
LAEL D. ANDARA
AMY K. GRUBER
Attorneys for Plaintiff
DESTINY TOOL, a California corporation

RC1/5000074.1/AG2

STIPULATION EXTENDING DEFENDANTS'
TIME TO RESPOND TO COMPLAINT
NO. C07-03117 HRL

| | |
|---|---|
| 1  Dated: July 24, 2007 | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS |
| 2 | |
| 3 | By: _____ |
| 4 | TODD E. WHITMAN |
|   | MARK HARTNEY |
| 5 | Attorneys for Defendants |
|   | SGS TOOLS COMPANY and |
| 6 | DAUPHIN PRECISION TOOL, LLC |