Clerk's Use Only
Initial for fee pd.:

T. Earl LeVere
Schottenstein Zox & Dunn, Co., LPA
250 West Street
Columbus, Ohio 43215
(614) 462-1095



FILED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

2007 AUG -2  A 11 30

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S. J.

Destiny Tool,

                    Plaintiff(s),

        v.

SGS Tools Company, et al.

                    Defendant(s).        /

CASE NO.  C07-03117 HRL

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3,      T. Earl LeVere                    , an active member in

good standing of the bar of                Ohio                    , hereby applies

for admission to practice in the Northern District of California on a pro hac vice basis

representing          Defendants                    in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest
      court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local
      Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to
      become familiar with the Local Rules and the Alternative Dispute Resolution
      programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who
      maintains an office within the State of California has been designated as co-
      counsel in the above-entitled action.  The name, address and telephone number of
      that attorney is:

      T. Earl LeVere, Schottenstein Zox & Dunn Co., LPA, 250 West Street,
      Columbus, Ohio 43215   (614) 462-1095

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/26/07