*E-filed   8/6/07   *

# UNITED STATES DISTRICT COURT
## Northern District of California
### SAN JOSE DIVISION

| | |
|---|---|
| Destiny Tool, | **CASE NO.** C07-03117 HRL |
| Plaintiff(s), | **ORDER DENYING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| v. | |
| SGS Tools Co., et. al. | |
| Defendant(s). | |

T. Earl LeVere, an active member in good standing of the bar of Ohio whose business address and telephone number is

Schottenstein, Zox & Dunn, Co., LPA
250 West Street
Columbus, OH  43215

(614) 462-1095

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants.

IT IS HEREBY ORDERED THAT the application is DENIED.

The applicant failed to designate *local* co-counsel as required by Civil L.R. 11-3.

Dated: 8/6/07

_____
HOWARD R. LLOYD
United States Magistrate Judge