*E-filed    8/6/07    *

# UNITED STATES  DISTRICT COURT

## Northern District of California

### SAN JOSE DIVISION

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

| | |
|---|---|
| Destiny Tool, | **CASE NO.**    C07-03117 HRL |
| Plaintiff(s), | |
| v. | **ORDER DENYING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| SGS Tools Co., et. al. | |
| Defendant(s). | |

Jay E. Krasovec                    , an active member in good standing of the bar of

Ohio                    whose business address and telephone number

is    Schottenstein, Zox & Dunn, Co., LPA
1350 Euclid Ave., Ste. 1400
Cleveland, OH  44115

(216) 394--5074

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing    Defendants.

IT IS HEREBY ORDERED THAT  the application is DENIED.

The applicant failed to designate *local* co-counsel as required by Civil L.R. 11-3.

Dated:    8/6/07

_____
HOWARD R. LLOYD
United States Magistrate Judge