*E-filed  8/6/07  *

**UNITED STATES DISTRICT COURT**

Northern District of California

SAN JOSE DIVISION

| Destiny Tool, | **CASE NO.** C07-03117 HRL |
|---|---|
| Plaintiff(s), | **ORDER DENYING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| v. | |
| SGS Tools Co., et. al. | |
| Defendant(s). | |

H. Alan Rothenbuecher, an active member in good standing of the bar of Ohio whose business address and telephone number is

Schottenstein, Zox & Dunn, Co., LPA
1350 Euclid Ave., Ste. 1400
Cleveland, OH  44115

(216) 394--5075

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants

   IT IS HEREBY ORDERED THAT  the application is DENIED.

  The applicant failed to designate *local* co-counsel as required by Civil L.R. 11-3.

Dated: 8/6/07

_____
HOWARD R. LLOYD
United States Magistrate Judge