TODD E. WHITMAN (BAR NO. 173878)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
1901 Avenue of the Stars, Suite 1800
Los Angeles, California 90067-6019
Phone: (310) 788-2400
Fax:   (310) 788-2410
E-Mail: twhitman@allenmatkins.com

Attorneys for Defendants
SGS TOOLS COMPANY and DAUPHIN PRECISION
TOOL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESTINY TOOL, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SGS TOOLS COMPANY, an Ohio corporation, DAUPHIN PRECISION TOOL, LLC, a Pennsylvania limited liability company, and WELDON TOOL COMPANY, an Ohio corporation,<br><br>　　　　　Defendants. | Case No. C07-03117 HRL<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS OR ALTERNATIVELY TO TRANSFER VENUE**<br><br>Date:　September 18, 2007<br>Time:　10:00 a.m. |

　　　The hearing on defendants SGS TOOLS COMPANY'S and DAUPHIN PRECISION TOOL, LLC's motion to dismiss this action, or alternatively to transfer venue, came on regularly for hearing on September 18, 2007, at 10:00 a.m., in Courtroom 2 of the above referenced Court, the Honorable Howard Lloyd, presiding.

　　　Upon consideration of the defendants' moving papers, plaintiff's opposition to the same, defendants' reply, and the arguments of counsel presented at the hearing:

　　　IT IS HEREBY ORDERED that defendants SGS TOOLS COMPANY'S and DAUPHIN PRECISION TOOL, LLC's motion to dismiss this action is hereby GRANTED; **or**

1  IT IS HEREBY ORDERED that defendants SGS TOOLS COMPANY'S and DAUPHIN
2  PRECISION TOOL, LLC's motion to transfer venue is hereby GRANTED.
3  IT IS SO ORDERED.

5  Dated: _____    By: _____
6     Hon. Howard Lloyd
    Magistrate Judge of the United States District
7     Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

620472.01/WLA
-

(i)
[PROPOSED] ORDER GRANTING MOTION TO DISMISS