Clerk's Use Only

Initial for fee pd.:

H. Alan Rothenbuecher
Schottenstein Zox & Dunn, Co. LPA
1350 Euclid Ave., Ste. 1400
Cleveland, Ohio 44115
(216) 394-5074

FILED
2007 AUG 15 A 10: 22
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Destiny Tool

Plaintiff(s),

v.

SGS Tools Company, et al.

Defendant(s).

CASE NO. C07-03117 HRL

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, H. Alan Rothenbuecher , an active member in good standing of the bar of Ohio , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendants in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Todd E. Whitman, Allen Matkins, Leck Gample Mallory & Natsis LLP, 1901 Ave. of the Stars, Ste. 1800, Los Angeles, CA 90067-6019 (310) 788-2400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8-14-07