*E-filed 8/16/07*

# UNITED STATES DISTRICT COURT
## Northern District of California

Destiny Tool,

        Plaintiff(s),

v.

SGS Tools Company, et al.

        Defendant(s).

CASE NO. C07-03117 HRL

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

H. Alan Rothenbuecher, an active member in good standing of the bar of Ohio whose business address and telephone number (particular court to which applicant is admitted) is

Schottenstein Zox & Dunn, Co., LPA
1350 Euclid Ave., Ste. 1400
Cleveland, Ohio 44115   (216) 394-5075

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/15/07

_____
United States Magistrate Judge
HOWARD R. LLOYD