UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DESTINY TOOL, a California
corporation,
          Plaintiff(s),

v.

SGS TOOLS COMPANY, an Ohio
corporation, et al.
          Defendant(s).

Case No. C07-03117 HRL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: August 28, 2007

[Party]
GUY CALAMIA, President
of Plaintiff DESTINY TOOL

Dated: August 28, 2007

[Counsel]
ROBERT P. ANDRIS
LAEL ANDARA
AMY K. GRUBER
Attorneys for Plaintiff

American LegalNet, Inc.
www.USCourtForms.com

Rev. 12/05