UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DESTINY TOOL, a California corporation
                Plaintiff(s),

v.

SGS TOOLS COMPANY, an Ohio corporation, et al.,
                Defendant(s).

CASE NO. C07-03117 HRL

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process
☒ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference September 18, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Robert P. Andris | Plaintiff | 650-364-8200 | randris@ropers.com |
| T. Earl LeVere | Defendants | 614-462-1095 | elevere@szd.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date: August 28, 2007

/s/ Amy K. Gruber
Attorneys for Plaintiff
Robert P. Andris
Lael D. Andara
Amy K. Gruber

Dated: August 28, 2007

/s/ T. Earl LeVere
Attorney for Defendants
T. Earl LeVere
*pro hac vice*

Rev 12.05

American LegalNet, Inc.
www.USCourtForms.com