ROBERT P. ANDRIS (SBN 130290)
LAEL D. ANDARA (SBN 215416)
AMY K. GRUBER (SBN 239793)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: randris@ropers.com
landara@ropers.com; agruber@ropers.com

Attorneys for Plaintiff
DESTINY TOOL, a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESTINY TOOL, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SGS TOOLS COMPANY, an Ohio corporation, DAUPHIN PRECISION TOOL, LLC, a Pennsylvania limited liability company, and WELDON TOOL COMPANY, an Ohio corporation,<br><br>Defendants. | CASE NO. C07-03117 HRL<br><br>**DECLARATION OF GUY CALAMIA IN SUPPORT OF DESTINY TOOL'S OPPOSITION TO DEFENDANTS JOINT MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND TO TRANSFER VENUE**<br><br>Date: September 18, 2007<br>Time: 10:00 a.m.<br>Ctrm: 2 |

I, Guy Calamia, declare as follows:

1. I am the President of Destiny Tool, the plaintiff in the above-entitled action. This declaration is based on my own personal knowledge and if called as a witness, I would testify to the following facts all of which are within my own personal knowledge.

2. I founded the business currently known as Destiny Tool in 1982 in Santa Clara, California. The business is still located in Santa Clara, California. My brother, Frank Calamia, is the Vice-President of Destiny Tool.

3. Destiny Tool manufactures, markets and sells carbide end mills for high speed machining, nationwide.

4. SGS Tools Company, based in Munroe Falls, Ohio, is our competitor in

1. manufacturing and selling carbide end mills for high speed machining.

2. 5. Dauphin Precision Tool, located in Millersburg, Pennsylvania is also our competitor. It is my understanding that Dauphin is the parent company of several smaller tool companies or brands such as Brubaker Tool, Data Flute CNC, New England Tap and Weldon Tool. It is also my understanding that Dauphin also operates under the brand name Talbot Holdings.

6. Both SGS and Dauphin manufacture, market and sell carbide end mills nationwide, and have specifically placed a number of salespersons and distributors in California to target the California market.

7. Dauphin, also known by the brand name Talbot Holdings, has a sales manager for the western region of the United States, a manufacturer's representative in California, and several dozen distributors in California.

8. On March 26-29, 2007, I attended the annual Society of Manufacturing Engineer's trade show called "Westec" at the Los Angeles Convention Center in Los Angeles, California. Dauphin representatives also attended and had a booth there. The brands represented at Dauphin's booth were: Weldon Tool, Data Flute CNC, and other Talbot Holdings brands.

9. Like Dauphin, SGS has sales representatives and many distributors located in California.

10. I have seen SGS representatives in attendance at recent Westec tradeshows. SGS tools have also been demonstrated at recent tradeshows.

11. Attached hereto as Exhibit A is a true and correct copy a demand letter, dated June 9, 2003, from Mark Watkins of Hahn, Loeser, Parks, attorneys for SGS and Dauphin that I reviewed in the regular course of business.

I declare under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 28, 2007 in Santa Clara, California.

_____
GUY CALAMIA

RC1/5005767.1/AG2

- 2 -

DECL OF GUY CALAMIA IN SUPP OF DESTINY'S
OPPO TO DEFTS' JT MTN TO DISMISS AND
TRANS VENUE - NO. C07-03117 HRL