# EXHIBIT A



Mark A. Watkins

Phone: 330.864.5550
Fax: 330.864.7986
E-Mail: mawatkins@hahnlaw.com

June 9, 2003

Destiny Tool
Guy Calamia, President
3232 De La Cruz Blvd., #C
Santa Clara, CA 95054

Re: Possible Infringement of U.S. Patent 5,049,009 – SGS Tool Company
Our Ref: 5646-GEN

Dear Sir:

Our Firm represents SGS Tool Company of Munroe Falls, OH, on intellectual property matters. On September 17, 1991, U.S. Patent 5,049,009, entitled Improved Cutting Tool, issued jointly to SGS Tool Company and Weldon Tool Company. A copy of that patent is enclosed for you.

While, I have not personally had the opportunity to inspect your company's actual end mills, based on my limited ability to review the product literature, it appears that at least your Cobra line of products may meet each limitation of at least one of the claims in the issued patent.

If any of these products in fact meet each limitation of at least one such claim, then any manufacture, use, sale, or offer for sale in the United States or importation of that product into the United States on or after the issue date of the patent would constitute patent infringement.

Since we are unable to draw final conclusions concerning a potential conflict between your products and the '009 patent, we would ask that you provide us with a sample of the product so that we may conduct a detailed review. Further, we would request that you provide us with a comparison between the Destiny product and the '009 patent.

Please direct any and all further correspondence on this issue to my attention. We must request your response prior to **June 20, 2003**. If we do not hear from you by then, we can only conclude that you have no intention of making a reply.

Mark A. Watkins

*[signature]*

MAW/sab
Enclosure

PLAINTIFF'S
EXHIBIT
10
Calamia  6/18

cc: SGS Tool Company

SGS 0651