ROBERT P. ANDRIS (SBN 130290)
LAEL D. ANDARA (SBN 215416)
AMY K. GRUBER (SBN 239793)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: randris@ropers.com
landara@ropers.com; agruber@ropers.com

Attorneys for Plaintiff
DESTINY TOOL, a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESTINY TOOL, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SGS TOOLS COMPANY, an Ohio corporation, DAUPHIN PRECISION TOOL, LLC, a Pennsylvania limited liability company, and WELDON TOOL COMPANY, an Ohio corporation,<br><br>Defendants. | CASE NO. C07-03117 HRL<br><br>**DECLARATION OF AMY K. GRUBER IN SUPPORT OF DESTINY TOOL'S OPPOSITION TO DEFENDANTS JOINT MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND TO TRANSFER VENUE**<br><br>Date: September 18, 2007<br>Time: 10:00 a.m.<br>Ctrm: 2 |

I, Amy K. Gruber, declare as follows:

1. I am an associate with the law firm of Ropers, Majeski, Kohn & Bentley, counsel of record for plaintiff Destiny Tool. I am an attorney at law licensed to practice before all courts of the State of California and the United States District Court, Northern District of California. If called as a witness, I would testify to the following facts, all of which are within my own personal knowledge.

2. On August 27, 2007, while preparing to oppose defendants' joint motion to dismiss Destiny's complaint, or in the alternative, to transfer venue, I visited Dauphin Precision Tool's home page at http://www.talbotholdings.com. There, I found a link titled "Distributor Search," which took me to a page that listed California distributors by clicking on "California."

1  Although the results only show about 6 distributors at a time in the window that opens, one may
2  scroll to view approximately 85 distributors of the Talbot Holdings branded tools. In addition,
3  the home page's link to "telephone directory" shows contact information for a western regional
4  sales manager and a manufacturer's representative in California. Attached hereto as Exhibit B is
5  a true and correct printed copy of the home page, California distributor listings and telephone
6  directory listings.

7      3.    On August 27, 2007, I also visited the home page for defendant SGS Tools at
8  http://www.sgstools.com. In the bottom left corner, the home page features a testimonial from a
9  California customer. Further, under the "sales force" link on the home page, one may view
10 contact information for California's sales engineer, sales representative, and several distributors.
11 Attached hereto as Exhibit C is a true and correct printed copy of SGS Tools' home page and
12 their distributor listings.

13 I declare under the laws of the United States of America that the foregoing is true and
14 correct and that this declaration was executed on August 28, 2007 in Redwood City, California.

_____
AMY K. GRUBER

RC1/5005823.1/AG2     - 2 -     DECL OF AMY K. GRUBER IN SUPP OF
DESTINY'S OPPS TO DEFTS' JT MTN TO DISM
AND TRANS VENUE - NO. C07-03117 HRL