# EXHIBIT B

Case 5:07-cv-03117-JF    Document 25-5    Filed 08/28/2007    Page 1 of 4

**Distributor Portal**

| Home | About Us | Distributor Search | Catalogs / Downloads |

In the United States and around the world we are the company for all your tooling needs!

**Dauphin Precision Tool, LLC**
200 Front Street
Millersburg, PA 17061

Phone: 800-522-8665
Fax: 717-692-4995

**Berkshire Precision Tool, LLC**
9 Betnr Industrial Drive
Pittsfield, MA 01201

Phone: 800-447-1476
Fax: 413-499-2623



## OUR OFFERINGS

From endmills to drills, reamers to taps, either counterbores or countersinks, whether you are looking for high speed steel or solid carbide, if you need coated or uncoated tools....... we have the right tool for your application.

Distributors... Click Here to get information about our online services!

## OUR BRANDS


BRUBAKER TOOL


DATA FLUTE CNC


FASTCUT TOOL


NEW ENGLAND TAP


WELDON

SGS
View Our Certificates

## CURRENT NEWS

See Us At

SOUTH-TEC
FORMERLY CHARLOTTE AMA
October 2-4, 2007
Charlotte Convention Center
Charlotte, North Carolina

Booth #2005

See Us At
GREAT LAKES
ADVANCED PRODUCTIVITY EXPOSITION
September 18-20, 2007
DeVos Place
Grand Rapids, Michigan

Booth #216

Copyright (c) 2007. All rights reserved.



**TALBOT HOLDINGS**

Distributor Portal

Home | About Us | Distributor Search | Catalogs / Downloads

## DISTRIBUTORS

| BRAND | COMPANY | CITY | STATE | TELEPHONE | FAX | WEB |
|---|---|---|---|---|---|---|
| B | A & R INDUSTRIAL SUPPLY | EL CAJON | CA | 619-562-2901 | 619-562-9055 | |
| B | A C BEHRINGER, INC | LOS ANGELES | CA | 323-264-1241 | 323-264-8304 | |
| B | AVIATION DIRECT | VISTA | CA | 760-598-0432 | 760-598-0436 | aviationdirect.com |
| B | BILLS INDUSTRIAL TOOLS | ONTARIO | CA | 909-983-9793 | 909-984-1447 | |
| B | BMC INDUSTRIES | BAKERSFIELD | CA | 661-393-8441 | 661-393-1014 | |
| B | CROWN DISCOUNT TOOLS | SYLMAR | CA | 818-364-9385 | 818-833-0875 | |
| B | CUTTING EDGE TOOL & SPLY | CHATSWORTH | CA | 818-772-8665 | 818-718-1329 | |

Please choose the state in which you are looking for a distributor.
The listing will appear sorted by city.

| | | |
|---|---|---|
| Alabama | Louisiana | Ohio |
| Alaska | Maine | Oklahoma |
| Arizona | Maryland | Oregon |
| Arkansas | Massachusetts | Pennsylvania |
| California | Michigan | Rhode Island |
| Colorado | Minnesota | South Carolina |
| Connecticut | Mississippi | South Dakota |
| Delaware | Missouri | Tennessee |
| Florida | Montana | Texas |
| Georgia | Nebraska | Utah |
| Hawaii | Nevada | Vermont |
| Idaho | New Hampshire | Virginia |
| Illinois | New Jersey | Washington |
| Indiana | New Mexico | West Virginia |
| Iowa | New York | Wisconsin |
| Kansas | North Carolina | Wyoming |
| Kentucky | North Dakota | |

Copyright (c) 2007. All rights reserved.



**TALBOT HOLDINGS**

Distributor Portal

Home   About Us   Distributor Search   Catalogs / Downloads

## SALES REPS

| Name | Phone | Fax | Title |
|---|---|---|---|
| Lee Janik | 717-571-7769 | 717-732-5536 | Eastern U.S. Sales Manager |
| Gerhard Tschabitzer | 951-316-9902 | 866-799-3937 | Western Regional Sales Manager |
| Bob Hughey | 317-696-9270 | 317-858-4265 | Midwest Regional Sales Manager |
| Nick Tsingas | 909-522-2636 | 909-522-4456 | Territory Manager |
| Wayne Schlimm | 717-495-5511 | 717-630-8385 | Territory Manager |
| Mike Herle | 636-233-1945 | 636-685-5208 | Territory Manager |
| Tom Pearson | 608-201-0230 | 608-312-2375 | Territory Manager |
| Craig Daniels | 503-703-6850 | 866-463-6695 | Technical Support |
| Scott Byrnes | 260-341-2231 | 260-485-4179 | Technical Sales Rep - Taps |

## MANUFACTURER REPS

| Company | Address | Phone | Fax | Contacts |
|---|---|---|---|---|
| Merrill Sales & Marketing | 2312 Ridgeview Road Anniston, AL 36207 | 256-453-1091 | 256-238-0814 | David Merrill |
| Merrill Sales & Marketing | 110 Stonehaven Drive Pelham, AL 35124 | 205-999-7864 | 205-664-7928 | Spencer Merrill |
| F & L Technical Sales | 326 Woodland Way Russell, MA 01071 | 413-374-9230 | 413-572-9833 | Howie Freedman |
| F & L Technical Sales | 97 Gould Road Andover, MA 01810 | 508-479-2646 | 978-474-9157 | Jyrki Liedes |
| F & L Technical Sales | 4927 W. Genessee St. Camillus, NY 13031 | 315-729-4850 | 315-488-5516 | George Reilly |
| F & L Technical Sales | 64 Eastern Avenue S. Deerfield, MA 01373 | 413-531-2536 | 413-812-2221 | Dick Cooper |
| TekRep Group, Inc | 5568 Revmal Lane Cincinnati, OH 45238 | 513-702-4996 | 513-451-0474 | Bill Buelterman |
| TekRep Group, Inc | PO Box 428 Hinckley, OH 44233 | 330-283-6341 | 330-273-0120 | Larry Cobler |
| TekRep Group, Inc | 342 Brad St. Brunswick, OH 44121 | 216-577-9948 | 330-273-1645 | Larry Cobler, Jr. |
| TekRep Group, Inc | 8259 Haas Rd, Wooster, OH 44691 | 567-274-0470 | 330-264-9099 | Marc Craver |
| TekRep Group, Inc | 2079 Gosling Court Franklin, IN 46131 | 317-341-5901 | 317-422-8070 | Bill White |
| Charles Stobaugh | 5652 W. 131st South Sapulpa, OK 74066 | 918-640-4949 | 918-224-6448 | Charles Stobaugh |
| Sierra Sales | 5020 East Nisbet Road Scottsdale, AZ 85254 | 602-571-2005 | 602-494-2532 | Jim Daudet |
| Advanced Tooling Company | 3430 Pacific Avenue SE Olympia, WA 98501 | 360-951-3580 | 360-352-4077 | Mark Smith |
| Advanced Tooling Company | 2464 El Camino Real Santa Clara, CA 95051 | 408-893-8986 | 408-296-1233 | James Brown |
| Advanced Tooling Company | 15308 NE 2nd St. Vancouver WA 98684 | 360-450-9237 | 360-450-9237 | Russ Johnson |
| Advanced Tooling Company | 921 SE Fellows Court | 503-381-7110 | 503-434-6433 | Mark Tschabold |
| Tooling Support Group Of MI | 53248 Jessica Lane Chesterfield, MI 48051 | 586-530-1050 | 586-749-3448 | Jim Vanderport |
| Tooling Support Group Of MI | 8440 Pacton Shelby Twp, MI 48317 | 586-770-0974 | 586-254-6944 | Terry Papple |
| Tooling Support Group Of MI | 2300 Old Dominion CT S.E. | 616-450-2363 | 616-281-6660 | Dennis L. Johnson |
| Tooling Support Group Of MI | 10230 Ellis Road Clarkston, MI 48348 | 586-914-2586 | 248-625-6502 | Bob Carlson |
| TNT Tools | PO Box 251286 Plano, TX 75025 | 972-517-5493 | 972-517-5547 | Terry Talbott |
| WRM Sales & Marketing | 2433 Tarleton Twins Terrace, Charlottee, NC 28270 | 704-845-4516 | 704-845-4560 | Bill Monfeli |

Copyright (c) 2007. All rights reserved.