# EXHIBIT C






Product Look Up

Home Corporate Products Sales Force Resources Careers Contact Login

# Performance Solid Carbide Tools

*SGS Tool Company is a leading manufacturer of a comprehensive line of precision, solid carbide rotary cutting tools for the metalworking, automotive and aerospace industries.*

NEW PRODUCTS
Innovations in cutting solutions begin right here MORE

CAREERS
Reach your goals as an SGS Associate! MORE

Use mouse to drag scroll bar.

## Resources

## Testimonials

**"That's not carbide, its Kryptonite!"**

-a Haas Associate in California

Milling 8620 on a 7HP lathe. - 1" diameter Z-Carb pocket was 1" axial depth... ½" radial depth 1,000 RPM 10 IPM

## News

**Addtional Fractional sizes Drills Added**
Hi PerCarb High Performance Drills increases its standard offering to include 60 additional fractional sizes drills in 3xD and 5xDiameter... Read More

**New 3 Flute End Mills for Aluminum S-CARB**
SGS announces its 3 Flute End Mills for Aluminum, Non-Ferrous, and Non-Metallic Material, including Aluminum Alloys, Plastics, Copper, Brass, and Bronze...Read More

**New Z-Carb End Mills with Patented Coolant Technology**

**SGS Z-Carb End Mills with JetStream allows precise coolant delivery while reducing friction and congestion through proper lubrication...**Read More

**New Z-Carb Specific Corner Radii End Mills**
SGS enhances the Z-Carb End Mills to include specific corner radii to address the demands of applications such as aerospace and other corner radius needs...Read More

**SGS Opens New Toronto-Area Stocking Warehouse in Port Perry - Ontario, Canada**
Owned and operated by the SGS Tool Company, the newly opened SGS Toronto warehouse is located east of Toronto, approximately 15 minutes north of Oshawa in Port Perry. This facility will support the Ontario and Quebec distribution

## Careers

**Three Career Position Available!**
**Visit our Career center to** Learn More

View or cast a vote at our online polls

*Did You Know...*

Worldwide Service and Expertise. SGS has sales offices in the UK, Canada, Germany, France, Eastern Europe, Russia and China

**Our Mission...**
The goal of SGS Tool Company is customer satisfaction, through commitment to continuous improvement

SGS Tool Company
Page 2 of 2

normally 5 parts w/ Hanita rougher @4"ipm & 600 RPM . Z-Carb ran 19 parts!

Read More Testimonials

network for next-day service of SGS Tool Company's solid carbide end mills, drills, burs and high performance products... Read More

**SGS Introduces The Newest Addition to its High Performance Product Line:**

**ICe-Carb Internal Coolant Drills for 7 x diameter**

SGS Tool Company adds to its High Performance Drill line with the introduction of ICe-Carb, An Internal Coolant Drill for drilling depths up to 7 x Diameter. The tool's unique geometry features... Read More

of quality products and services.

Learn more..

Munroe Falls, Ohio 44262 USA | Ph: 330.688.6667 | Fax: 800.447.4017
SGS

Home Corporate Products Sale Force Resources Careers Contact SiteMap Privacy Policy

Copyright 2006 SGS Tool Company

http://sgstools.com/index.asp 8/27/2007



SGS Tool Company
Page 1 of 1

Product Look Up
Select Product Type
Select Industry
go
Solid Carbide Tools
View & download our product catalogs
Home
Corporate
Products
Sales Force
Resources
Careers
Contact
Login
Sales Force/Distributor Locator

**Search by State or Country:**

go

Munroe Falls, Ohio 44262 USA | Ph: 330.688.6667 | Fax: 800.447.4017
SGS

Home | Corporate | Products | Sale Force | Resources | Careers | Contact | SiteMap | Privacy Policy

Copyright 2005 SGS Tool Company

http://sgstools.com/distributors/locator.asp 8/27/2007







## Search Results

### Sales Engineers

BOB GEMIGNANI

USA
Phone: 330/686-4141 Ext: 8704

SID CRUZ

USA
Phone: 330/686-4141 Ext: 8705

### Sales Reps

TRI-WEST SALES
399 East Harrison Unit E
Corona, CA 92879
USA
Phone: 951/278-3260
Fax: 866 807-6018

### Distributors

DTC TOOL COMPANY
850 Mahler Road
Burlingame, CA 94010
USA
Phone: 650 697-1414
Fax: 650 697-4848

MARSHALL TOOL & SUPPLY - CHATSWORTH
9000 Lurline Avenue
Chatsworth, CA 91311
USA
Phone: 818 717-1965
Fax: 818 717-8559

PM INDUSTRIAL SUPPLY
21615 Marilla Street
Chatsworth, CA 91311
USA
Phone: 818/341-9180
Fax: 818 341-7470

SOUTHBAY TOOL & GAGE COMPANY
1523 West 139th Street
Gardena, CA 90249
USA
Phone: 310/329-2323
Fax: 310/329-0627

ONE WAY INDUSTRIAL SUPPLY
302 Pine Avenue
Goleta, CA 93117
USA
Phone: 805/964-6749
Fax: 805/964-3779

VALLEY TOOL INC.
1338 Palomares Avenue
La Verne, CA 91750
USA
Phone: 626/960-3944
Fax: 909/392-2651

WESTERN TOOL & SUPPLY CO.
203-D Lawrence Drive
Livermore, CA 94551
USA
Phone: 925/443-8665
Fax: 925/443-8668

SHOP TOOLS, INC. - PALO ALTO
37950 Central Court, Suite A
Newark, CA 94560
USA
Phone: 510/494-8331
Fax: 510/494-8303

B & T TOOL & ENGINEERING INC. - AZ
2618 East Washington Street
Phoenix, AZ 85034
USA
Phone: 602/267-1481
Fax: 602/225-9582

WESTERN TOOL & SUPPLY RANCHO COR
3160 Gold Valley Drive
Suite 300
Rancho Cordova, CA 95742
USA
Phone: 916/852-8911
Fax: 916/852-0355

IDG CALIFORNIA
1880 Iowa Avenue
Suite 400
Riverside, CA 92507
USA
Phone: 714/994-6960
Fax: 714/521-0208

K & H SALES
1800 Williams Street
San Leandro, CA 94577
USA
Phone: 510/352-2600
Fax: 510/352-7442
URL: www.kandhsalesinc.com

PACIFIC INDUSTRIAL SUPPLY
2167 S. Hathaway Street
Santa Ana, CA 92705
USA
Phone: 714/540-7122
Fax: 714/540-4054

WESTERN TOOL & SUPPLY - SANTA CLARA
[illegible] De La Cruz Blvd
Santa Clara, CA 95054
USA
Phone: 408 [illegible]
Fax: 408 [illegible]

K & H - SANTA CRUZ TOOL
[illegible] Aviation Way, Ste #10
Watsonville, CA 95076
USA
Phone: 831 [illegible]
URL: kandhsalesinc.com

Copyright 2005 SGS Tool Company

