UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Destiny Tool,

            Plaintiff(s),

     v.

SGS Tools Company et al.,

            Defendant(s).
_____/

Case No. C07-03117 HRL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 29 Aug 2007

Dated: 8/29/07

[Party]
William F. Coyle Jr.
for Dauphin Precision Tool, LLC

T. Earl LeVere
[Counsel]