*E-filed 8/30/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DESTINY TOOL, CORP.

    Plaintiff,

    v.

SGS TOOLS CO., et al,

    Defendants.

Case No. C07-03117 HRL

**CLERK'S NOTICE RE: CONSENT TO MAGISTRATE JUDGE JURISDICTION**

Re: Docket No. 15

PLEASE TAKE NOTICE THAT this court is unable to hear Defendants' motion to dismiss [Docket No. 15] without the consent of the parties to proceed before a United States Magistrate Judge. Therefore, the parties must file and serve either a Consent to Proceed Before a United States Magistrate Judge or a Request for Reassignment to a United States District Judge **no later than September 7, 2007.**

Dated:  8/30/07

    /s/ KRO
Chambers of Magistrate Judge Howard R. Lloyd

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

**5:07-cv-3117 Notice has been electronically mailed to:**

Lael D. Andara landara@ropers.com, aslanlair@ropers.com, lkoozmin@ropers.com, mmcpherson@ropers.com

Robert P. Andris randris@ropers.com, lkoozmin@ropers.com, mmcpherson@ropers.com

Amy Kinsella Gruber agruber@ropers.com, lkoozmin@ropers.com

Todd Erik Whitman twhitman@allenmatkins.com

A COURTESY COPY[1] WILL BE SENT TO:

Jay E Krasovec
Schottenstein Zox & Dunn Co, LPA
1350 Euclid Avenue
Suite 1400
Cleveland, OH 44115

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 8/30/07

                                                /s/  KRO

                              Chambers of Magistrate Judge Howard R. Lloyd

---

[1] This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45. Counsel is noticed to immediately register as an E-filer with this court.

2