1  ROBERT P. ANDRIS (SBN 130290)
   LAEL D. ANDARA (SBN 215416)
2  AMY K. GRUBER (SBN 239793)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  1001 Marshall Street, Suite 300
   Redwood City, CA  94063
4  Telephone:    (650) 364-8200
   Facsimile:    (650) 780-1701
5  Email: randris@ropers.com
          landara@ropers.com;  agruber@ropers.com
6
   Attorneys for Plaintiff
7  DESTINY TOOL, a California corporation

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 DESTINY TOOL, a California              CASE NO. C07-03117 HRL
   corporation,
12                                         **PLAINTIFF'S CONSENT TO PROCEED**
              Plaintiff,                   **BEFORE A UNITED STATES**
13                                         **MAGISTRATE**
   v.
14
   SGS TOOLS COMPANY, an Ohio
15 corporation, et al.,

16            Defendants.

17
         In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
18
   in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate
19
   Judge conduct any and all further proceedings in the case, including trial, and order the entry of a
20
   final judgment. Appeal from the judgment shall be taken directly to the United States Court of
21
   Appeals for the Ninth Circuit
22
   Dated: August 31, 2007                  ROPERS, MAJESKI, KOHN & BENTLEY
23

24
                                           By:_____
25                                             ROBERT P. ANDRIS
                                               LAEL D. ANDARA
26                                             AMY K. GRUBER
                                               Attorneys for Plaintiff
27                                             DESTINY TOOL, a California corporation

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City