UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DESTINY TOOL, a California corporation
    Plaintiff(s),

  v.

SGS TOOLS COMPANY, an Ohio Corporation, et. al
    Defendant(s).

CASE NO. C07-03117

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process
☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  September 18, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Robert P. Andris | Plaintiff | 650-364-8200 | randris@ropers.com |
| T. Earl LeVere | Defendants | 614-462-1095 | elevere@szd.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date: August 31, 2007

    /s/ Amy K. Gruber
    Attorneys for Plaintiff
    Robert P. Andris
    Lael D. Andara
    Amy K. Gruber

Dated: August 31, 2007

    /s/ T. Earl LeVere
    Attorney for Defendants
    T. Earl LeVere
    *pro hac vice*