TODD E. WHITMAN (BAR NO. 173878)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
1901 Avenue of the Stars, Suite 1800
Los Angeles, California 90067-6019
Phone: (310) 788-2400
Fax: (310) 788-2410
E-Mail: twhitman@allenmatkins.com

Attorneys for Defendants
SGS TOOLS COMPANY and DAUPHIN PRECISION TOOL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESTINY TOOL, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SGS TOOLS COMPANY, an Ohio corporation, DAUPHIN PRECISION TOOL, LLC, a Pennsylvania limited liability company, and WELDON TOOL COMPANY, an Ohio corporation,<br><br>　　　　　Defendants. | Case No. C07-03117 HRL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned parties hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

Dated: August 31, 2007

Co-counsel:
H. Alan Rothenbuecher
  arothenbuecher@szd.com
T. Earl Levere
  elevere@szd.com
Schottenstein Zox & Dunn
1350 Euclid Ave. Suite 1400
Cleveland, Ohio 44115
(216) 394-5075
(216) 394-5092 (fax)

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By:  _/s/ Todd E. Whitman_
　　　TODD E. WHITMAN
　　　Attorneys for Defendants
　　　SGS TOOLS COMPANY and DAUPHIN
　　　PRECISION TOOL, LLC

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

621470.01/WLA

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE