UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Destiny Tool, a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>SGS Tools Company, an Ohio corporation, et.al.,<br><br>    Defendants.<br>_____/ | No. C07-03117<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

      PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for September 18, 2007, 2007 before the Honorable Judge Howard R. Lloyd has been continued to **September 28, 2007 at 10:30 a.m.**, before the Honorable Judge Jeremy Fogel. Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on September 21, 2007.

      If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: September 4, 2007            RICHARD W. WIEKING, Clerk
                                                United States District Court

                                                 /s/ *Patty Cromwell*
                                              By: Patty Cromwell, Courtroom Deputy
                                              to Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Lael D. Andara   landara@ropers.com, aslanlair@ropers.com, lkoozmin@ropers.com, mmcpherson@ropers.com

Robert P. Andris   randris@ropers.com, lkoozmin@ropers.com, mmcpherson@ropers.com

Amy Kinsella Gruber   agruber@ropers.com, lkoozmin@ropers.com

T. Earl LeVere   elevere@szd.com

H. Alan Rothenbuecher   hrothenbuecher@szd.com

Todd Erik Whitman   twhitman@allenmatkins.com