1

2  T. EARL LeVERE (pro hac vice)
    SCHOTTENSTEIN, ZOX &
3  DUNN CO., LPA
    250 West Street, Suite 700
4  Columbus, Ohio 43215
    Phone: (614) 462-1095
5  Fax: (614) 228-4847
    E-Mail: elevere@szd.com
6
    Attorneys for Defendants
7  SGS TOOLS COMPANY and
    DAUPHIN PRECISION TOOL, LLC
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | DESTINY TOOL, a California corporation, | Case No. C07-03117 JF |
|---|---|---|
| 13 | Plaintiff, | **STIPULATION AND PROPOSED ORDER SHORTENING RULE 7-2(a) NOTICE PERIOD AND SETTING HEARING ON MOTION TO DISMISS OR TRANSFER** |
| 14 | v. | |
| 15 | SGS TOOLS COMPANY, an Ohio corporation, DAUPHIN PRECISION TOOL, LLC, a Pennsylvania limited liability company, and WELDON TOOL COMPANY, an Ohio corporation, | Date: September 28, 2007<br>Time: 11:00 a.m. |
| 16 | | |
| 17 | | |
| 18 | Defendants. | |

19

20   By order dated August 31, 2007, the Court reassigned the above-captioned matter to the

21  Honorable Jeremy Fogel. (Doc. 33.) Pending and partially briefed at the time of the reassignment

22  was Defendants' Joint Motion to Dismiss Plaintiff's Complaint and to Transfer Venue. (Doc. 15.) A

23  hearing on said Motion was set for September 18, 2007, at 10:00 a.m. (Doc. 15.) This Court's

24  Reassignment Order (Doc. 33) vacated the September 18, 2007, hearing date and ordered Defendants

25  to renotice the motion for a hearing before Judge Fogel. (Doc. 33).

26   In conjunction with the reassignment, the Court scheduled a Case Management Conference for

27  the above-captioned matter for September 28, 2007, at 10:30 a.m. before Judge Fogel. (Doc. 32).

28  Counsel for the Defendants was advised that the Court would hold a hearing on the pending Motion to

(1)
STIPULATION AND PROPOSED ORDER SETTING
HEARING ON MOTION TO DISMISS

{H1014524.1 }

Dismiss or Transfer (Doc. 15) on September 28, 2007 so long as the parties would stipulate to holding the hearing without the 35-day notice period required by Local Rule 7-2(a). The parties hereby stipulate and consent to the Court's holding the hearing on September 28, 2007.

Accordingly, the Court hereby ORDERS that the hearing on Defendant's Motion to Dismiss or Transfer will be held on September 28, 2007, at _____.

Pursuant to Local Rules 7-3(c) and 7-7(d), Defendants' Reply Memorandum in Support of Defendants' Motion to Dismiss or Transfer, shall now be filed and served on or before September 14, 2007.

IT IS SO ORDERED.

Dated: _____

HON. JEREMY FOGEL
United States District Judge

Approved by:

| /s/ T. Earl LeVere | /s/ Robert P. Andris |
|---|---|
| H. ALAN ROTHENBUECHER (pro hac vice) | ROBERT P. ANDRIS (SBN 130290) |
| T. EARL LeVERE (pro hac vice) | LAEL D. ANDARA (SBN 215416) |
| SCHOTTENSTEIN, ZOX & | AMY K. GRUBER (SBN 239793) |
| DUNN CO., LPA | ROPERS, MAJESKI, KOHN & BENTLEY |
| 250 West Street, Suite 700 | 1001 Marshall Street, Suite 300 |
| Columbus, Ohio 43215 | Redwood City, CA 94063 |
| Phone: (614) 462-1095 | Phone: (650) 364-8200 |
| Fax: (614) 228-4847 | Fax: (650) 780-1701 |
| E-Mail: arothenbuecher@szd.com | E-Mail:   randris@ropers.com |
|         elevere@szd.com |           landara@ropers.com |
| Attorneys for Defendants |           agruber@ropers.com |
| SGS TOOLS COMPANY and | Attorneys for Plaintiff DESTINY TOOL CORP. |
| DAUPHIN PRECISION TOOL, LLC | |