**E-filed 9/14/07**

1

2  T. EARL LeVERE (pro hac vice)
   SCHOTTENSTEIN, ZOX &
3  DUNN CO., LPA
   250 West Street, Suite 700
4  Columbus, Ohio 43215
   Phone: (614) 462-1095
5  Fax: (614) 228-4847
   E-Mail: elevere@szd.com
6
   Attorneys for Defendants
7  SGS TOOLS COMPANY and
   DAUPHIN PRECISION TOOL, LLC
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12  DESTINY TOOL, a California corporation,        Case No. C07-03117 JF

13              Plaintiff,                         **STIPULATION AND PROPOSED ORDER
                                                   SHORTENING RULE 7-2(a) NOTICE
14       v.                                        PERIOD AND SETTING HEARING ON
                                                   MOTION TO DISMISS OR TRANSFER**
15  SGS TOOLS COMPANY, an Ohio corporation,
    DAUPHIN PRECISION TOOL, LLC, a                 Date:   September 28, 2007
16  Pennsylvania limited liability company, and    Time:   11:00 a.m.
    WELDON TOOL COMPANY, an Ohio
17  corporation,

18              Defendants.

19

20       By order dated August 31, 2007, the Court reassigned the above-captioned matter to the

21  Honorable Jeremy Fogel. (Doc. 33.) Pending and partially briefed at the time of the reassignment

22  was Defendants' Joint Motion to Dismiss Plaintiff's Complaint and to Transfer Venue. (Doc. 15.) A

23  hearing on said Motion was set for September 18, 2007, at 10:00 a.m. (Doc. 15.) This Court's

24  Reassignment Order (Doc. 33) vacated the September 18, 2007, hearing date and ordered Defendants

25  to renotice the motion for a hearing before Judge Fogel. (Doc. 33).

26       In conjunction with the reassignment, the Court scheduled a Case Management Conference for

27  the above-captioned matter for September 28, 2007, at 10:30 a.m. before Judge Fogel. (Doc. 32).

28  Counsel for the Defendants was advised that the Court would hold a hearing on the pending Motion to

1

2  Dismiss or Transfer (Doc. 15) on September 28, 2007 so long as the parties would stipulate to holding

3  the hearing without the 35-day notice period required by Local Rule 7-2(a).  The parties hereby

4  stipulate and consent to the Court's holding the hearing on September 28, 2007.

5          Accordingly, the Court hereby ORDERS that the hearing on Defendant's Motion to Dismiss or

6  Transfer will be held on September 28, 2007, at ____9:00_____.

7          Pursuant to Local Rules 7-3(c) and 7-7(d), Defendants' Reply Memorandum in Support of

8  Defendants' Motion to Dismiss or Transfer, shall now be filed and served on or before September 14,

9  2007.

10          IT IS SO ORDERED.

11

12  Dated: _____9/13/07_____        _____

13                                               HON. JEREMY FOGEL
                                                 United States District Judge

14  Approved by:

15  /s/ T. Earl LeVere                            /s/ Robert P. Andris
    H. ALAN ROTHENBUECHER (pro hac vice)          ROBERT P. ANDRIS (SBN 130290)
16  T. EARL LeVERE (pro hac vice)                 LAEL D. ANDARA (SBN 215416)
    SCHOTTENSTEIN, ZOX &                          AMY K. GRUBER (SBN 239793)
17  DUNN CO., LPA                                 ROPERS, MAJESKI, KOHN & BENTLEY
    250 West Street, Suite 700                    1001 Marshall Street, Suite 300
18  Columbus, Ohio 43215                          Redwood City, CA 94063
    Phone:  (614) 462-1095                        Phone:  (650) 364-8200
19  Fax:  (614) 228-4847                          Fax:  (650) 780-1701
    E-Mail:  arothenbuecher@szd.com               E-Mail:      randris@ropers.com
20           elevere@szd.com                                   landara@ropers.com
    Attorneys for Defendants                                   agruber@ropers.com
21  SGS TOOLS COMPANY and                         Attorneys for Plaintiff DESTINY TOOL CORP.
    DAUPHIN PRECISION TOOL, LLC
22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER SETTING
HEARING ON MOTION TO DISMISS