UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, September 28, 2007
**Case Number:** CV-07-3117-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**     **DESTINY TOOL V. SGS TOOLS COMPANY, ET AL**

**PLAINTIFF**                    **DEFENDANT**

**Attorneys Present:** Robert Andris    **Attorneys Present:** Earl LeVere, Alan Rothenbuecher

PROCEEDINGS:
  Hearing on Motion to Dismiss held. Parties are present.
  The motion is taken under submission.
  Case management conference continued to 11/16/07 at 10:30 a.m.