** E-Filed 10/17/2007 **

NOT FOR CITATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| DESTINY TOOL, | Case Number C 07-03117 JF |
| Plaintiff, | JUDGMENT |
| v. | |
| SGS TOOLS COMPANY; DAUFINE PRECISION TOOL, LLC; and WELDON TOOL COMPANY | |
| Defendants. | |

Good cause therefor appearing, Defendants' motion to dismiss is granted and IT IS HEREBY ORDERED that judgment be entered in favor of Defendants. The clerk shall close the file.

DATED: October 17, 2007

_____
JEREMY FOGEL
United States District Judge

Case No. C07-03117 JF
JUDGMENT
(JFLC3)

1  This Order has been served upon the following persons:

3  Robert P. Andris
randris@ropers.com

5  H. Alan Rothenbuecher
hrothenbuecher@szd.com

Case No. C 07-03117 JF
JUDGMENT
(JFLC3)