ROBERT P. ANDRIS (SBN 130290)
LAEL D. ANDARA (SBN 215416)
AMY K. GRUBER (SBN 239793)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: randris@ropers.com
    landara@ropers.com; agruber@ropers.com

Attorneys for Plaintiff
DESTINY TOOL, a California corporation

**Filed**
NOV 16 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESTINY TOOL, a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SGS TOOLS COMPANY, an Ohio corporation, et al.,<br><br>    Defendants. | CASE NO. C07-03117 JF<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Destiny Tool, Plaintiff in the above entitled matter, appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this matter on October 17, 2007.

Dated: November 15, 2007

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
ROBERT P. ANDRIS
LAEL D. ANDARA
AMY K. GRUBER
Attorneys for Plaintiff
DESTINY TOOL, a California corporation

RC1/5026591.1/AG2          NOTICE OF APPEAL - NO. C07-03117 JF

| | |
|---|---|
| 1 | **CASE NAME:** Destiny Tool v. SGS Tool Company, et al. |
| 2 | **ACTION NO.:** Northern District No. C07-03117 JF |
| 3 | **METHOD OF SERVICE** |

☒ First Class Mail  ☐ Facsimile  ☐ Messenger Service

☐ Overnight Delivery  ☐ E-Mail/Electronic Delivery

1. At the time of service I was over 18 years of age and not a party to this action and a Citizen of the United States.
2. My business address is 1001 Marshall Street, Suite 300, Redwood City, CA 94063.
3. On November 15, 2007 I served the following documents:

**NOTICE OF APPEAL**

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

| | |
|---|---|
| H. Alan Rothenbuecher<br>T. Earl LeVere<br>Schottenstein, Zox & Dunn Co., LPA<br>250 West Street, Suite 700<br>Columbus, Ohio 43215 | Attorneys for Defendants/Appellees<br>SGS Tools Company and<br>Dauphin Precision Tool, LLC<br>Telephone: 614/462-1095<br>Facsimile: 614/228-4847<br>Email: elevere@szd.com |
| Todd E. Whitman<br>Allen Matkins Leck Gamble Mallory & Natsis LLP<br>1901 Avenue of the Stars, Suite 1800<br>Los Angeles, CA 90067 | Attorneys for Defendants/Appellees<br>SGS Tools Company and Dauphin<br>Precision Tool, LLC<br>Telephone: 310/788-2400<br>Facsimile: 310/788-2410<br>Email: twhitman@allenmatkins.com |

5. I served the documents by the following means:

    a. ☒ **By United States mail:** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    b. ☐ **By overnight delivery:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

    I am employed in the office of a member of the bar of this court at whose direction the service was made. I certify under penalty of perjury that the foregoing is true and correct.

Date: November 15, 2007

_____
LAURA L. KOOZMIN

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5027793.1/LD