UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

November 19, 2007

RECEIVED
2007 NOV 26 PM 4:40
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

07-17109

**CASE INFORMATION:**
Short Case Title: DESTINY TOOL -v- SGS TOOLS COMPANY
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: USDC, Northern District, San Jose, Honorable Jeremy Fogel
Criminal and/or Civil Case No.: CV 07-03117 JF
Date Complaint/Indictment/Petition Filed: 6/13/07
Date Appealed order/judgment *entered* 10/17/07
Date NOA *filed* 11/16/07
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):    ☐ granted in full (attach order)     ☐ denied in full (send record)
                           ☐ granted in part (attach order)     ☐ pending

Court Reporter(s) Name & Phone Number: Summer Clanton (408) 288-6150

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 11/17/07             Date Docket Fee Billed:
Date FP granted:                           Date FP denied:
Is FP pending? ☐ yes  ☐ no                                Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:   Robert P. Andris      randris@ropers.com
                     Lael D. Andara        landara@ropers.com
                     Amy K. Gruber         agruber@ropers.com
                     Ropers, Majeski, Kohn & Bentley
                     1001 Marshall St., Ste. 300
                     Redwood city, CA 94063
                     Phone: (650) 364-8200
                     Fax: (650) 780-1701

Appellee Counsel:    H. Alan Rothenbuecher  hrothenbuecher@szd.com
                     T. Earl LaVere         elevere@szd.com
                     Schottenstein, Zox & Dunn Co., LPA
                     250 West Street, Ste. 700
                     Columbus, OH 43215
                     Phone: (614) 462-1095
                     Fax: (614) 228-4847

                     Jay E. Krasovec
                     Schottenstein, Zox & Dunn Co, LPA

1350 Euclid Avenue
Suite 1400
Cleveland, OH 44115
Phone: (216) 394-5074


Todd E. Whitman       twhitman@allenmatkins.com

Allen Matkins Leck Gamble Mallory & Natsis LLP

1901 Avenue of the Stars, Ste. 1800

Los Angeles, CA 90067

Phone: (310) 788-2400

Fax: (310) 788-2410


X retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other       *Please attach appointment order.*

**DEFENDANT INFORMATION**

Prisoner ID:                                   Address:

Custody:

Bail:


**AMENDED NOTIFICATION INFORMATION**

Date Fees Paid:                     9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: Sandy Morris

(408) 535-5361