| | |
|---|---|
| 1 | |
| 2 | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP<br>TODD E. WHITMAN (BAR NO. 173878) |
| 3 | 1901 Avenue of the Stars, Suite 1800<br>Los Angeles, California 90067-6019 |
| 4 | Telephone: (310) 788-2400<br>Facsimile: (310) 788-2410 |
| 5 | E-Mail: twhitman@allenmatkins.com |
| 6 | T. EARL LeVERE (pro hac vice)<br>SCHOTTENSTEIN, ZOX & |
| 7 | DUNN CO., LPA<br>250 West Street, Suite 700 |
| 8 | Columbus, Ohio 43215<br>Phone: (614) 462-1095 |
| 9 | Fax: (614) 228-4847<br>E-Mail: elevere@szd.com |
| 10 | Attorneys for Defendants |
| 11 | SGS TOOLS COMPANY and<br>DAUPHIN PRECISION TOOL, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESTINY TOOL, a California corporation, | No. 07-17109 |
| Plaintiff, | D.C. No. CV-07-03117 JF |
| v. | **DEFENDANTS' JOINT NOTICE OF CROSS-APPEAL** |
| SGS TOOLS COMPANY, an Ohio corporation, DAUPHIN PRECISION TOOL, LLC, a Pennsylvania limited liability company, and WELDON TOOL COMPANY, an Ohio corporation, | |
| Defendants. | |

Notice is hereby given that SGS Tools Company and Dauphin Precision Tool, LLC, Defendants in the above entitled matter, cross-appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this matter on October 17, 2007.

Dated: November 28, 2007

/s/ T. Earl LeVere
H. ALAN ROTHENBUECHER (pro hac vice)
T. EARL LeVERE (pro hac vice)
SCHOTTENSTEIN, ZOX & DUNN CO., LPA
250 West Street, Suite 700
Columbus, Ohio 43215
Phone: (614) 462-1095
Fax: (614) 228-4847

(1)

{H1071010.1}    DEFENDANTS' JOINT NOTICE OF CROSS-APPEAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

E-Mail: arothenbuecher@szd.com
elevere@szd.com

Attorneys for Defendants SGS TOOLS COMPANY and DAUPHIN PRECISION TOOL, LLC

(2)
STIPULATION AND PROPOSED ORDER SETTING
HEARING ON MOTION TO DISMISS

{H1071010.1}