ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
TODD E. WHITMAN (BAR NO. 173878)
1901 Avenue of the Stars, Suite 1800
Los Angeles, California 90067-6019
Telephone: (310) 788-2400
Facsimile: (310) 788-2410
E-Mail: twhitman@allenmatkins.com

T. EARL LeVERE (pro hac vice)
SCHOTTENSTEIN, ZOX & DUNN CO., LPA
250 West Street, Suite 700
Columbus, Ohio 43215
Phone: (614) 462-1095
Fax: (614) 228-4847
E-Mail: elevere@szd.com

Attorneys for Defendants
SGS TOOLS COMPANY and
DAUPHIN PRECISION TOOL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESTINY TOOL, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SGS TOOLS COMPANY, an Ohio corporation, DAUPHIN PRECISION TOOL, LLC, a Pennsylvania limited liability company, and WELDON TOOL COMPANY, an Ohio corporation,<br><br>Defendants. | No. 07-17109<br><br>D.C. No. CV-07-03117 JF<br><br>**DEFENDANTS' JOINT REPRESENTATION STATEMENT** |

The undersigned represents Defendants SGS Tools Company and Dauphin Precision Tool, LLC. On November 16, 2007, Plaintiff-Appellant Destiny Tool filed its Representation Statement identifying its counsel of record for this appeal (Doc. # 43) and identifying all other counsel in this action.

Dated: November 28, 2007

/s/ T. Earl LeVere
H. ALAN ROTHENBUECHER (pro hac vice)
T. EARL LeVERE (pro hac vice)
SCHOTTENSTEIN, ZOX & DUNN CO., LPA
250 West Street, Suite 700
Columbus, Ohio 43215
Phone: (614) 462-1095

(1)

{H1071091.1}   DEFENDANTS' JOINT REPRESENTATION STATEMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Fax:  (614) 228-4847
E-Mail:    arothenbuecher@szd.com
          elevere@szd.com

Attorneys for Defendants SGS TOOLS COMPANY
and DAUPHIN PRECISION TOOL, LLC

(2)
STIPULATION AND PROPOSED ORDER SETTING
HEARING ON MOTION TO DISMISS

{H1071010.1}