A-11 (rev. 7/00) Page 1 of 2

USCA DOCKET # (IF KNOWN)
07-17109



# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: | |
|---|---|
| DESTINY TOOL, a California corporation, Plaintiff, v. SGS TOOLS COMPANY, an Ohio corporation, DAUPHIN PRECISION TOOL, LLC, a Pennsylvania limited liability company, and WELDON TOOL COMPANY, an Ohio corporation, Defendants | DISTRICT: N.D. California    JUDGE: Jeremy Fogel |
| | DISTRICT COURT NUMBER: C07-03117 JF |
| | DATE NOTICE OF APPEAL FILED: 11/16/07    IS THIS A CROSS-APPEAL? ☑ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:**

Defendants sued Plaintiff for patent infringement in the Northern District of Ohio. Plaintiff denied infringement and asserted a counterclaim for declaratory judgment. Over Plaintiff's objection and opposition, the Ohio District Court granted Defendants' motion to dismiss Defendants' claims and Plaintiff's counterclaim, denied Plaintiff's request for attorneys' fees, and denied Plaintiff's request for leave to amend its counterclaim. Plaintiff did not appeal. Months later, Plaintiff commenced the action below asserting the antitrust claims that it tried to assert in Ohio (plus two state law claims) to recover its fees from the Ohio action and to invalidate Defendants' patent.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**

Defendants assert the following issues on appeal: Whether federal patent law preempts Plaintiff's abuse of process claim; whether the law of the circuit where the process was alleged abused controls; whether Ohio law or California law controls Plaintiff's state law claims; and the impact of the doctrine of res judicata on Plaintiff's antitrust claims.

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POSTJUDGMENT MOTIONS):**

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☐ Possibility of settlement

☐ Likelihood that intervening precedent will control outcome of appeal

☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify) _____

☐ Any other information relevant to the inclusion of this case in the Mediation Program _____

☐

Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

**LOWER COURT INFORMATION**

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED | RELIEF |
| ☑ FEDERAL QUESTION | ☑ FINAL DECISION OF DISTRICT COURT | ☐ DEFAULT JUDGMENT | ☐ DAMAGES: SOUGHT $_____ AWARDED $_____ |
| ☑ DIVERSITY | ☐ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT | ☐ DISMISSAL/JURISDICTION | |
| | | ☑ DISMISSAL/MERITS | ☐ INJUNCTIONS: |
| ☐ OTHER (SPECIFY): | | ☐ SUMMARY JUDGMENT | ☐ PRELIMINARY |
| | ☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY): | ☐ JUDGMENT/COURT DECISION | ☐ PERMANENT |
| | | ☐ JUDGMENT/JURY VERDICT | ☐ GRANTED |
| | | ☐ DECLARATORY JUDGMENT | ☑ DENIED |
| | | ☐ JUDGMENT AS A MATTER OF LAW | ☐ ATTORNEY FEES: SOUGHT $_____ AWARDED $_____ |
| | ☐ OTHER (SPECIFY): | ☐ OTHER (SPECIFY): | |
| | | | ☐ PENDING |
| | | | ☐ COSTS: $_____ |

### CERTIFICATION OF COUNSEL

I CERTIFY THAT:
1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.
2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).
3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.
4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

*T. Earl LeVere* (Signature)    November 28, 2007 (Date)

### COUNSEL WHO COMPLETED THIS FORM

NAME: T. Earl LeVere

FIRM: Schottenstein Zox & Dunn Co., LPA

ADDRESS: 250 West Street
Columbus, Ohio 43215

E-MAIL: elevere@szd.com

TELEPHONE: 614-462-1095

FAX: 614-228-4847

✶THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL✶
✶IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS✶