# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 07-17109      U.S. District Court Case No. C07-03117-JF

Short Case Title: Destiny Tool v. SGS Tools Company

Date Notice of Appeal Filed by Clerk of District Court: November 16, 2007

**FILED 2007 DEC 17 P 3:23**

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
N.D. OF CA. S.J.

**SECTION A** – To be completed by party ordering transcript

HEARING DATE: September 28, 2007

COURT REPORTER: Summer Clanton

(attach additional page for designations if necessary)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

(X) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

( )  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered: December 14, 2007

Print or type requestor's name: Robert P. Andris

Signature of Attorney: [signature]    Phone Number: 650/364-8200

Address: Ropers Majeski, 1001 Marshall Street, Suite 300, Redwood City, CA 94063

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporter's transcripts.

Please note the specific instructions below. If there are further questions, contact the District Court Clerk's Office in which your case was filed: San Francisco (415) 522-2000; San Jose (408) 535-5364; or Oakland (510) 637-3530.

### SPECIFIC INSTRUCTIONS FOR ATTORNEYS

(1) Pick up form from district court clerk's office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

COPY ONE

NDC-TDO (7/98)

☆ U.S. GPO: 2000—583-868/39026

| | |
|---|---|
| CASE NAME: | **Destiny Tool v. SGS Tool Company, et al.** |
| ACTION NO.: | Northern District No. C07-03117 JF |

**METHOD OF SERVICE**

☒ First Class Mail      ☐ Facsimile      ☐ Messenger Service
☐ Overnight Delivery      ☐ E-Mail/Electronic Delivery

1. At the time of service I was over 18 years of age and not a party to this action and a Citizen of the United States.
2. My business address is 1001 Marshall Street, Suite 300, Redwood City, CA 94063.
3. On December 17, 2007 I served the following documents:

**TRANSCRIPT DESIGNATION AND ORDERING FORM**

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

H. Alan Rothenbuecher
T. Earl LeVere
Schottenstein, Zox & Dunn Co., LPA
250 West Street, Suite 700
Columbus, Ohio 43215

Attorneys for Defendants/Appellees
SGS Tools Company and
Dauphin Precision Tool, LLC
Telephone: 614/462-1095
Facsimile: 614/228-4847
Email: elevere@szd.com

Todd E. Whitman
Allen Matkins Leck Gamble Mallory & Natsis LLP
1901 Avenue of the Stars, Suite 1800
Los Angeles, CA 90067

Attorneys for Defendants/Appellees
SGS Tools Company and Dauphin
Precision Tool, LLC
Telephone: 310/788-2400
Facsimile: 310/788-2410
Email: twhitman@allenmatkins.com

5. I served the documents by the following means:

   a. ☒ By United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   b. ☐ By overnight delivery: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

   I am employed in the office of a member of the bar of this court at whose direction the service was made. I certify under penalty of perjury that the foregoing is true and correct.

Date: December 17, 2007      _/s/ Laura L. Koozmin_
                                           LAURA L. KOOZMIN