# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 07-17109          U.S. District Court Case No. CV-07-03117-JF

Short Case Title: Destiny Tool v. SGS Tools Company

Date Notice of Appeal Filed by Clerk of District Court: November 16, 2007

---

**SECTION A** – To be completed by party ordering transcript

HEARING DATE: September 28, 2007

COURT REPORTER: Summer Clanton

(attach additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

(X) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered: December 14, 2007

Print or type requestor's name: Robert P. Andris

Signature of Attorney: [signature]          Phone Number: 650/364-8200

Address: Ropers Majeski, 1001 Marshall Street, Suite 300, Redwood City, CA 94063

Summer Clanton

12/14/07

**SECTION C** – To be completed by court reporter

When the transcript is filed, complete this copy and submit it to the court reporter supervisor.

Date Transcript Filed: 12/20/07    Court Reporter's Signature: [signature] Clanton
(print last name)

**SECTION D**

U.S. DISTRICT COURT CLERK; I certify that the record is available in the office of the U.S. District Court.

Richard W. Wieking    4/4/08          BY: [signature]
(U.S. District Court Clerk)    (date)                 DEPUTY CLERK

This copy is the **CERTIFICATE OF RECORD.** It should be transmitted to the court of appeals by the district clerk when the transcript is filed and the record is complete in the district court.

NDC-TDO (7/98)

COPY THREE